D. GEORGE SWEIGERT, C/O
336 BON AIR CENTER #241
GREENBRAE, CA 94904

RECEIVED
USDC CLERK, COLUMBIA, SC

2017 JUL -9 PM 3: 03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| D. GEORGE SWEIGERT <br><br> Plaintiff, <br><br> vs. <br><br> JASON GOODMAN <br><br> Defendant | Case No.: 2:18-cv-01633-RMG-BM <br><br> PLAINTIFF'S SHOW CAUSE MOTION FOR AN ORDER AS TO WHY THE DEFENDANT SHOULD NOT RESTRAINED BY AN INJUNCTION TO CEASE AND DESIST DEFENDANT'S COPYRIGHT INFRINGEMENT |

### PLAINTIFF'S SHOW CAUSE MOTION FOR AN INJUNCTIVE ORDER

NOW COMES THE PRO SE plaintiff, a layman non-attorney, to MOTION this Court as to why the defendant should not be restrained with an injunctive order to cease the copyright infringement of the plaintiff's intellectual property on social media platforms pursuant to F.R.C.P. Rule 65(a). Restated: the plaintiff requests that this Court deem Jason Goodman, defendant, to have violated the protected copyright of the plaintiff requiring this Court's injunctive order pursuant to F.R.C.P. Rule 65(a).

An accompanying BRIEF TO SUPPORT PLAINTIFF'S SHOW CAUSE MOTION FOR AN ORDER AS TO WHY THE DEFENDANT SHOULD NOT RESTRAINED BY AN INJUNCTION TO CEASE AND DESIST DEFENDANT'S COPYRIGHT INFRINGEMENT is concurrently filed with this MOTION.

The Court's indulgence is sought to consider the accompanying BRIEF to be fully re-stated within this Rule 65(a) MOTION.

Dated this day of July 5 , 2018

D. GEORGE SWEIGERT

PLAINTIFF'S SHOW CAUSE MOTION AS TO WHY THE DEFENDANT SHOULD NOT BE DEEMED TO HAVE RECEIVED CONSTRUCTIVE NOTICE OF PENDING LAWSUIT

1  D. GEORGE SWEIGERT, C/O
2  336 BON AIR CENTER #241
   GREENBRAE, CA 94904

RECEIVED
USDC CLERK, COLUMBIA, SC

2017 JUL -9 PM 3:03

3

4          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF SOUTH CAROLINA

5

6  D. GEORGE SWEIGERT                    Case No.: 2:18-cv-01633-RMG-BM

               Plaintiff,
7
   vs.                                   CERTIFICATE OF SERVICE
8
   JASON GOODMAN
9
               Defendant
10

11

12              7/6/18
          6    X    **CERTIFICATE OF SERVICE**
13
   On this day, July  X  , 2018, I have caused to be placed into the U.S. Postal Service true copies of the

14 attached pleading (with First Class postage affixed) to the following parties.  To include: Plaintiff's Show

15 Cause Motion, Brief in Support of Plaintiff's Show Cause Motion and Plaintiff's Second Request for Judicial

16 Notice.

17              Clerk of the Court               7/6/18
                U.S. District Court
18              Matthew J. Perry, Jr. Courthouse   BY
                901 Richland Street                COURIER
19              Columbia, South Carolina 29201

20              Jason Goodman
                252 7th Avenue #6S
21              New York, NY 10001

22              GENERAL COUNSEL
                YOUTUBE, LLC
23              901 Cherry Avenue
                San Bruno, CA 94066
24

25 I hereby attest under the penalties of perjury that the foregoing is true and accurate.

26

27              _____
                D. GEORGE SWEIGERT
28
   CERTIFICATE OF SERVICE - 1