```
1   D. GEORGE SWEIGERT, C/O
    GENERAL DELIVERY
2   MOUNTY SHASTA, CALIF  96067
3
                       IN THE UNITED STATES DISTRICT COURT
4                      FOR THE DISTRICT OF SOUTH CAROLINA
5
    D. GEORGE SWEIGERT                Case No.: 2:18-cv-01633-RMG-BM
6
                Plaintiff,
7
    vs.                               PLAINTIFF'S FOURTH
8                                     REQUEST FOR JUDICIAL NOTICE [RJN]
    JASON GOODMAN
9
                Defendant
10
```

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents. These public records amplify the personages that have been described in the **Amended Complaint [AC] [Doc. 5, 6/29/2018).**

**PUBLIC ARTIFACTS SECTION ONE:** News article of 8/14/2018 of "TRUE PUNDINT" and associated Twitter tweets of **THOMAS PAINE.** The below individual is described in the news article.

**THOMAS PAINE:** Described on pages 11, 12, 31, 32, 33and 40 of Amended Complaint [AC].

**PUBLIC ARTIFACTS SECTION TWO:** News article concerning JENNIFER MARIE MOORE

**JENNIFER MARIE MOORE (AKA TASK FORCE) [Now deceased as of 8/13/2018]:** Described on pages 38 and 39 [AC]

**PUBLIC ARTIFACTS SECTION THREE:** Defendant JASON GOODMAN'S YouTube video

**JASON GOODMAN:** Defendant seen with JENNIFER MARIE MOORE

**PUBLIC ARTIFACTS SECTION FOUR:** Twitter tweets of ROBYN GRITZ

**ROBYN GRITZ:** Described on pages 11, 12, 14, 31, 32, 33, 40. [AC]

1
PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]

**PUBLIC ARTIFACTS SECTION FIVE:** YouTube videos and tweets of GEORGE WEBB SWEIGERT

**GEORGE WEBB SWEIGERT:** Described on pages 11, 12, 13, 14, 15, ETC. [AC]

## ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of August 15, 2018

_D. George Sweigert_
D. GEORGE SWEIGERT

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| D. GEORGE SWEIGERT | Case No.: 2:18-cv-01633-RMG-BM |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| JASON GOODMAN | |
| Defendant | |

**CERTIFICATE OF SERVICE**

On this day, August _15_, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleadings (with First Class postage affixed) to the following parties.

Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

_____
D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE - 1