1

2

3

**PUBLIC ARTIFACTS SECTION ONE:**  News article of 8/14/2018 of "TRUE PUNDINT" and associated Twitter tweets of **THOMAS PAINE**.  The below individual is described in the news article.

4

5

        **THOMAS PAINE:  Described on pages 11, 12, 31, 32, 33and 40 of Amended Complaint [AC].**

6

Twitter account for "Thomas Paine" (see "truepundit.com")

7

Below is the Twitter feed of the author.

8

https://twitter.com/Thomas1774Paine/status/1029364889201008640

9

10

11

12

13

14

15



16

17

18

19

20



21

22

23

24

25

26

27

28

3
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



**Thomas Paine**
@Thomas1774Paine

Investigative Journalist Found Dead in
D.C. Hotel Room Weeks After
Reporting Bill Clinton to FBI & DHS for
Allegedly Raping Boy



Investigative Journalist Found Dead in D.C.
Hotel Room Weeks After Reporting Bill Clinto...
truepundit.com

Tweet your reply

   



03:16:04 p.m.

Tuesday, August 14, 2018
Pacific Time (DST)

4
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

**Internet URL:  https://twitter.com/Thomas1774Paine**

2

3

4

5

6

7

8

9

10

11

12

13

14

15



16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

Ads by Revcontent

**Leaked World War 2 Secret**
*Natural Health Soluti...*

**Cable Companies Are Furious**
*TrueSignalTV*

**American Picker Mike Wolfe's**
*Routinejournal*

**Try Not to Laugh Hysterically**
*90skidsonly*

**Michelle Pfeiffer Comes out of**
*CelebHour*

FEATURED  POLITICS  SECURITY

# Investigative Journalist Found Dead in D.C. Hotel Room Weeks After Reporting Bill Clinton to FBI & DHS for Allegedly Raping Boy

*Posted on August 14, 2018        by Investigative Bureau*



Share:

# FOLLOW US!

find us on **facebook**    follow us **twitter**

Investigative Journalist Jen Moore was found dead in a suburban Washington D.C. hotel room Monday, according to police and shocked and distraught friends and colleagues.

Moore died of an apparent seizure. Police are closely investigating the cause of death after former FBI Agent Robyn Gritz, a friend of Moore's, made inquiries with homicide detectives Monday afternoon in Prince Georges County, Maryland. Preliminary reports from police said the death was not the result of suicide.

Moore's body was found by employees at the Country Inn & Suites by Radisson, Washington, D.C. East – in Capitol Heights, Maryland. The investigation is ongoing. An autopsy had not been scheduled as of late Monday.



◉ 34,284 Votes

## Has Donald Trump been a good president?

| Yes |
|---|

| No |
|---|

| Not sure |
|---|

Promoted Content

Moore, an advocate who investigated abused and trafficked children, had been in the process of investigating allegations by a 26-year-old man that — as a young boy — he was sexually assaulted by Bill Clinton and pimped out at private sex parties attended by other D.C. elites.

In fact, just four weeks before her death, Moore filed details of the alleged victim's claims with the Department of Homeland Security, detailing the allegations against Clinton. Moore contacted Homeland Security beginning on July 6th through July 9th, records show. A week later, she contacted the FBI with identical details about the victim and the shocking allegations against Clinton.

FBI sources report no case has been opened on the evidence supplied by Moore. Homeland Security officials could not be reached for comment.

Ads by Revcontent

Moore had approached True Pundit's Thomas Paine in June with the allegations against Clinton. Paine conducted a series of face-to-face interviews with Moore and the alleged victim in various locales. By July, the victim agreed to tell his story to Paine. But Moore and the traumatized victim wanted to contact Homeland Security and the FBI first to see if they would open a criminal case against Clinton prior to publicizing the claims.

"Jen thought that with a criminal probe, federal agents could use the victim possibly to dangle in front of Clinton to see if he made a mistake or tried to pay him off," Paine said. "She was worried about the safety of the victim and was working to find him safe harbor until this story broke.

Now she is the one who turned up dead."

Paine and True Pundit were vetting the details provided by the victim. Paine said the allegations were "credible" and the victim's testimony and details were beyond convincing.

Paine said Moore accepted the risks with the story and understood things could get very ugly very fast. Per

conversations with True Pundit's Paine:



"She was worried about the victim because he was the first to break the ice," Paine said. "There were others waiting to tell their stories but he was the catalyst."

Did she think she could be harmed? Absolutely. This woman was fearless. Absolute warrior. A former cop. I don't think she was afraid of anyone or anything."

According to interviews, the victim in this case claimed he was sexually assaulted by Clinton on a yacht in New England and knows the identities of several other child victims who were subjected to identical abuses. The victim also confirmed he witnessed other children and people being sexually and physically abused and possibly worse on numerous "boat parties." These parties were attended by elite members of D.C. political class, according to Moore and the victim.

Both young boys and young girls, the victim said.

Moore supplied these details to federal agents and documented the interactions with a number of alleged victims. Within a month, she is dead.



In the exchange below, Moore discusses an extended stay with the alleged Clinton victim after his interview with Paine. During the interview, the victim sporadically vomited and shivered as he recalled details of his alleged abuse, Paine said.



This story is developing.

More on Wednesday.

1

2

**PUBLIC ARTIFACTS SECTION TWO:** News article concerning JENNIFER MARIE MOORE

3

4

**JENNIFER MARIE MOORE (AKA TASK FORCE) [Now deceased as of 8/13/2018]: Described on pages 38 and 39 [AC]**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

# Recordnet.com

### News worth sharing *online*

News*

# Former cop pleads not guilty to fraud charges

**By Rick Brewer Record Staff Writer**
Posted Feb 24, 2005 at 12:01 AM
Updated Jan 9, 2011 at 6:55 AM
Former cop pleads not guilty
to fraud charges


STOCKTON -- Former Tracy police
Officer Jenny Moore pleaded not guilty Wednesday to felony charges of workers'
compensation and insurance fraud in San Joaquin County Superior Court,
stemming
from a March 2003 on-duty injury she said forced her into long-term disability.

"I can't believe it's come to this.
I'm as grieved and hurt as I possibly could be," Moore, a former president of
the Tracy Police Officers Association, said moments before her plea. "It's beyond
words to describe the depth of sorrow I have for the department I love and the
city I grew up in ... that it has gone to this level."

Moore, a former athlete who was
diagnosed with the eating disorder anorexia nervosa, said she suffered a lower-back
injury in January 2002 when she jumped on a suspect while in pursuit. She re-
injured
the area more than a year later while restraining a suspect.

According to her lawyer, Lawrence
Bohm of Sacramento, a magnetic resonance imaging screen, performed after the
second incident, showed degeneration in three lumbar vertebrae. Moore underwent
disc-replacement surgery at the University of California, San Francisco, on
Oct. 12, 2004.

"They believe Jenny is lying about
the extent of her pain. They're claiming she allowed doctors to cut a 6-inch
gash in her abdomen and insert metal disks in her spine for financial gain,"
Bohm said.

Deputy District Attorney Eual Blansett
Jr. filed the charges Jan. 21, although an arrest warrant wasn't issued.

Blansett said 11 of the 12 counts
Moore faces stem from withholding information or making false statements to
her physicians, Dr. Anh Lee and Dr. Randall Armstrong.

"It doesn't make a difference if
you tell one doctor the truth; you're supposed to tell everyone the truth all
the way through the process," Blansett said.

In August, Moore filed a civil complaint
against the city of Tracy for defamation, fraud, disability harassment and violating
the Police Officer Procedural Bill of Rights. In a letter dated July 29, Bohm
wrote then-City Manager Fred Diaz that Moore was unfairly placed on unpaid
administrative
leave and had her workers' compensation benefits terminated.

About the same time, Bohm wrote,
the city stopped paying her insurance premiums and launched an internal
investigation
into Moore's conduct after the second back injury.

Moore's civil complaint was rejected
by the City Council in December.

"It is interesting to note that
no charges were filed until we pursued the civil case against the city of Tracy,"
Bohm said.

Tracy City Attorney Debra Corbett
said she couldn't comment on the criminal charges against Moore because it's
a county issue.

To reach reporter Rick Brewer,
phone (209 833-1141 ☏ or e-mail rbrewer@recordnet.com

**PUBLIC ARTIFACTS SECTION THREE:** Defendant JASON GOODMAN'S YouTube video

**JASON GOODMAN:** Defendant seen with JENNIFER MARIE MOORE

https://www.youtube.com/watch?v=xyeDIMs4wC0





**Aneurysm or Arkancide – Larry Nichols Discusses the Untimely Death of Jenny "Task Force"**

Jason Goodman

▶ Subscribe  65K

1,603 views

👍 196  👎 35

➕ Add to   ➤ Share   ••• More

Streamed live 2 hours ago

Jenny Moore, YouTuber known as Task Force, was found dead in her hotel room yesterday. Circumstances surrounding the death remain foggy but Moore, as reported in True Pundit, had been investigating an underage rape attributed to former President Bill Clinton.

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



### Aneurysm or Arkancide – Larry Nichols Discusses the Untimely Deat

Jason Goodman

▶ Subscribe  65K

1,603 views

➕ Add to    ➤ Share    ••• More                👍 196    👎 35

Streamed live 2 hours ago
Jenny Moore, YouTuber known as Task Force, was found dead in her hotel room yesterday.
Circumstances surrounding the death remain foggy but Moore, as reported in True Pundit, had been
investigating an underage rape attributed to former President Bill Clinton.



8
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



9
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

**PUBLIC ARTIFACTS SECTION FOUR:** Twitter tweets of ROBYN GRITZ

2

ROBYN GRITZ: Described on pages 11, 12, 14, 31, 32, 33, 40. [AC]

3

https://twitter.com/vabelle2010

4

5

6

**Valiant_defender #FindingMollieTibbets** @vabelle2010 · 21h

Replying to @TerryDugue

7

Yes. I've spoken with George and the detective on her case.

8

⊙ 2        ⇄ 1        ♡ 7        ✉

9

10

11

12

**Valiant_defender #FindingMollieTibbets** @vabelle2010 · 21h     ⌄

Replying to @Tedlance101

13

I'm in shock. I spoke with the PD and I found her next of kin and an attorney who
filed her lawsuit. I'm just in shock.

14

15

⊙ 2        ⇄ 6        ♡ 25        ✉

16

17

18

19

20

21

22

23

24

25

26

27

28

10

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

I spoke with the detective and I believe I found her next of kin. The detective said they don't think it was Suicide. He said the initial response from the medical examiner thinks she had a big seizure and then passed. I explained to the detective who she was & what she had been doing. I told him I notified Judicial Watch who had been in touch with her. I explained who I was and that she felt someone was looking for her and also about her getting beaten in California. I found her attorney and emailed him. Jenny Moore,

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



**Valiant_defender**
**#FindingMollieTibbets**
@vabelle2010

Senior Fellow at the London Center for
Policy Research: Retired FBI
Counterterrorism SSA, Whistleblower &
Proud American.

United States
gofundme.com/fighting-fbi-d...
Joined September 2014

Tweet to     Message

**136 Followers you know**

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 21.5K | 2,049 | 20.5K | 15.9K |

Follow

**Tweets**  Tweets & replies  Media

Pinned Tweet
**Valiant_defender #FindingMollieTibbets** @vabelle2010 · Aug 8
Let's get back to enforcing the law instead of breaking it! #ReinstateRobynGritz

8    151    ♡ 369

Valiant_defender #FindingMollieTibbets Retweeted
**Landon Simms** @simms_landon · Aug 13
My grandfather is a 96 yr old German. When seeing Antifa videos, he shakes his
head and says: "We didn't think it could happen in Germany either. These people
(Antifa) act and sound like the NAZI party's Sturmabteilung. Stop them now or
you'll regret it."

twitter.com/shane_bauer/st...

2.1K    23K    ♡ 32K

Right now, the official U.S. time is:

**12:48:02 p.m.**

Wednesday, August 15, 2018
Pacific Time (DST)

12
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

2

3

**PUBLIC ARTIFACTS SECTION FIVE:** YouTube videos and tweets of GEORGE WEBB SWEIGERT

4

**GEORGE WEBB SWEIGERT:** Described on pages 11, 12, 13, 14, 15, ETC. [AC]

5

https://www.youtube.com/watch?v=0amXf9opf-c&feature=youtu.be

6

7

8

9

10

11

12

13

14

15



16

**Day 49.3. Jenny Moore Was Researching NRO in Chantilly, VA**

17

 George Webb

18

 Subscribe   49K                                      896 views

19                                                                    👍 127   👎 2

20

Published on Aug 15, 2018

21

Category          News & Politics

22

23

Right now, the official U.S. time is:

24

**12:37:03 p.m.**

25

Wednesday, August 15, 2018
Pacific Time (DST)

26

27

28

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

2

3

4    https://twitter.com/search?q=%40georgwebb&src=typd

5

6

7

Tweets          Tweets & replies          Media          Likes

8
9     **TruthLeaks** @GeorgWebb · 4m                    ⌄
     TF went down swinging. Not a suicide.        

10      ‹ 13                     R                         ⓘ

11                              Robyn gritz

12
13   I spoke with the detective
14   and I believe I found her
15   next of kin.  The detective
16   said they don't think it was
17   Suicide. He said the initial
18   response from the medical
19
20   💬 4         🔁 16        ♡ 17         ⬆

21
22    **TruthLeaks** @GeorgWebb · 40m              ⌄
23   Respect - Task Force R.I.P.
24
25   
26
27
28                              14
         **PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



Day 48.3. State Coroner of Maryland, Notification of Kin, Autopsy, Cause Of Death Report

George Webb

Subscribe  49K

410 views

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

COPY

1  D. GEORGE SWEIGERT, C/O
   GENERAL DELIVERY
2  MOUNT SHASTA, CALIF 96067

3

4                        IN THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF SOUTH CAROLINA
5

6  D. GEORGE SWEIGERT                    Case No.: 2:18-cv-01633-RMG-BM

7             Plaintiff,

8  vs.                                   **CERTIFICATE OF SERVICE**

9  JASON GOODMAN

10            Defendant

11

12                        **CERTIFICATE OF SERVICE**

13  On this day, August _15_, 2018, I have caused to be placed into the U.S. Postal Service true copies of the

14  attached pleadings (with First Class postage affixed) to the following parties.

15

16

17                    **Clerk of the Court**
                      **U.S. District Court**
18                    **Matthew J. Perry, Jr. Courthouse**
                      **901 Richland Street**
19                    **Columbia, South Carolina 29201**

20                    **Jason Goodman**
                      **252 7th Avenue #6S**
21                    **New York, NY 10001**

22  **I hereby attest under the penalties of perjury that the foregoing is true and accurate.**

23

24                                      _D. GEORGE SWEIGERT_

25

26

27

28

CERTIFICATE OF SERVICE - 1

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNTY SHASTA, CALIF  96067

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| D. GEORGE SWEIGERT | **Case No.:  2:18-cv-01633-RMG-BM** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S FOURTH** |
| | **REQUEST FOR JUDICIAL NOTICE [RJN]** |
| JASON GOODMAN | |
| Defendant | |

NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents.  These public records amplify the personages that have been described in the **Amended Complaint [AC] [Doc. 5, 6/29/2018).**

**PUBLIC ARTIFACTS SECTION ONE:**  News article of 8/14/2018 of "TRUE PUNDINT" and associated Twitter tweets of **THOMAS PAINE.**  The below individual is described in the news article.

      **THOMAS PAINE:  Described on pages 11, 12, 31, 32, 33and 40 of Amended Complaint [AC].**

**PUBLIC ARTIFACTS SECTION TWO:**  News article concerning JENNIFER MARIE MOORE

      **JENNIFER MARIE MOORE (AKA TASK FORCE) [Now deceased as of 8/13/2018]: Described on pages 38 and 39 [AC]**

**PUBLIC ARTIFACTS SECTION THREE:**  Defendant JASON GOODMAN'S YouTube video

      **JASON GOODMAN:** Defendant seen with JENNIFER MARIE MOORE

**PUBLIC ARTIFACTS SECTION FOUR:**  Twitter tweets of ROBYN GRITZ

      **ROBYN GRITZ:  Described on pages 11, 12, 14, 31, 32, 33, 40. [AC]**

**PUBLIC ARTIFACTS SECTION FIVE:** YouTube videos and tweets of GEORGE WEBB SWEIGERT

**GEORGE WEBB SWEIGERT: Described on pages 11, 12, 13, 14, 15, ETC. [AC]**

### ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of August **15**, 2018

D. GEORGE SWEIGERT

2
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

2

**PUBLIC ARTIFACTS SECTION ONE:**  News article of 8/14/2018 of "TRUE PUNDINT" and associated

3

Twitter tweets of **THOMAS PAINE**.  The below individual is described in the news article.

4

5

       **THOMAS PAINE:  Described on pages 11, 12, 31, 32, 33and 40 of Amended Complaint [AC].**

6

Twitter account for "Thomas Paine" (see "truepundit.com")

7

Below is the Twitter feed of the author.

8

https://twitter.com/Thomas1774Paine/status/1029364889201008640

9

10

11





23

24

25

26

27

28

                        3

PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Thomas Paine**
@Thomas1774Paine

Investigative Journalist Found Dead in
D.C. Hotel Room Weeks After
Reporting Bill Clinton to FBI & DHS for
Allegedly Raping Boy



Investigative Journalist Found Dead in D.C.
Hotel Room Weeks After Reporting Bill Clinto...
truepundit.com

Tweet your reply

            



03:16:04 p.m.

Tuesday, August 14, 2018
Pacific Time (DST)

4

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

Internet URL:   https://twitter.com/Thomas1774Paine



PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]

Ads by Revcontent

**Leaked World War 2 Secret**
*Natural Health Soluti…*

**Cable Companies Are Furious**
*TrueSignalTV*

**American Picker Mike Wolfe's**
*Routinejournal*

**Try Not to Laugh Hysterically**
*90skidsonly*

**Michelle Pfeiffer Comes out of**
*CelebHour*

FEATURED    POLITICS    SECURITY

# Investigative Journalist Found Dead in D.C. Hotel Room Weeks After Reporting Bill Clinton to FBI & DHS for Allegedly Raping Boy

*Posted on August 14, 2018*        *by Investigative Bureau*



Share:

# FOLLOW US!

find us on **facebook**    follow us **twitter**

Investigative Journalist Jen Moore was found dead in a suburban Washington D.C. hotel room Monday, according to police and shocked and distraught friends and colleagues.

Moore died of an apparent seizure. Police are closely investigating the cause of death after former FBI Agent Robyn Gritz, a friend of Moore's, made inquiries with homicide detectives Monday afternoon in Prince Georges County, Maryland. Preliminary reports from police said the death was not the result of suicide.

Moore's body was found by employees at the Country Inn & Suites by Radisson, Washington, D.C. East – in Capitol Heights, Maryland. The investigation is ongoing. An autopsy had not been scheduled as of late Monday.



⊘ 34,284 Votes

## Has Donald Trump been a good president?

| Yes |
| --- |

| No |
| --- |

| Not sure |
| --- |

Promoted Content

Moore, an advocate who investigated abused and trafficked children, had been in the process of investigating allegations by a 26-year-old man that — as a young boy — he was sexually assaulted by Bill Clinton and pimped out at private sex parties attended by other D.C. elites.

In fact, just four weeks before her death, Moore filed details of the alleged victim's claims with the Department of Homeland Security, detailing the allegations against Clinton. Moore contacted Homeland Security beginning on July 6th through July 9th, records show. A week later, she contacted the FBI with identical details about the victim and the shocking allegations against Clinton.

FBI sources report no case has been opened on the evidence supplied by Moore. Homeland Security officials could not be reached for comment.

Ads by Revcontent

Moore had approached True Pundit's Thomas Paine in June with the allegations against Clinton. Paine conducted a series of face-to-face interviews with Moore and the alleged victim in various locales. By July, the victim agreed to tell his story to Paine. But Moore and the traumatized victim wanted to contact Homeland Security and the FBI first to see if they would open a criminal case against Clinton prior to publicizing the claims.

"Jen thought that with a criminal probe, federal agents could use the victim possibly to dangle in front of Clinton to see if he made a mistake or tried to pay him off," Paine said. "She was worried about the safety of the victim and was working to find him safe harbor until this story broke.

Now she is the one who turned up dead."

Paine and True Pundit were vetting the details provided by the victim. Paine said the allegations were "credible" and the victim's testimony and details were beyond convincing.

Paine said Moore accepted the risks with the story and understood things could get very ugly very fast. Per

conversations with True Pundit's Paine:



"She was worried about the victim because he was the first to break the ice," Paine said. "There were others waiting to tell their stories but he was the catalyst.

Did she think she could be harmed? Absolutely. This woman was fearless. Absolute warrior. A former cop. I don't think she was afraid of anyone or anything."

According to interviews, the victim in this case claimed he was sexually assaulted by Clinton on a yacht in New England and knows the identities of several other child victims who were subjected to identical abuses. The victim also confirmed he witnessed other children and people being sexually and physically abused and possibly worse on numerous "boat parties." These parties were attended by elite members of D.C. political class, according to Moore and the victim.

Both young boys and young girls, the victim said.

Moore supplied these details to federal agents and documented the interactions with a number of alleged victims. Within a month, she is dead.



In the exchange below, Moore discusses an extended stay with the alleged Clinton victim after his interview with Paine. During the interview, the victim sporadically vomited and shivered as he recalled details of his alleged abuse, Paine said.



This story is developing.

More on Wednesday.

1

2

**PUBLIC ARTIFACTS SECTION TWO:**  News article concerning JENNIFER MARIE MOORE

3

4      **JENNIFER MARIE MOORE (AKA TASK FORCE) [Now deceased as of 8/13/2018]: Described on

5      pages 38 and 39 [AC]**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

# Recordnet.com
### News worth sharing *online*

News*

# Former cop pleads not guilty to fraud charges

**By Rick Brewer Record Staff Writer**
Posted Feb 24, 2005 at 12:01 AM
Updated Jan 9, 2011 at 6:55 AM
Former cop pleads not guilty
to fraud charges


STOCKTON -- Former Tracy police
Officer Jenny Moore pleaded not guilty Wednesday to felony charges of workers'
compensation and insurance fraud in San Joaquin County Superior Court,
stemming
from a March 2003 on-duty injury she said forced her into long-term disability.

"I can't believe it's come to this.
I'm as grieved and hurt as I possibly could be," Moore, a former president of
the Tracy Police Officers Association, said moments before her plea. "It's beyond
words to describe the depth of sorrow I have for the department I love and the
city I grew up in ... that it has gone to this level."

Moore, a former athlete who was
diagnosed with the eating disorder anorexia nervosa, said she suffered a lower-back
injury in January 2002 when she jumped on a suspect while in pursuit. She re-
injured
the area more than a year later while restraining a suspect.

According to her lawyer, Lawrence
Bohm of Sacramento, a magnetic resonance imaging screen, performed after the
second incident, showed degeneration in three lumbar vertebrae. Moore underwent
disc-replacement surgery at the University of California, San Francisco, on
Oct. 12, 2004.

"They believe Jenny is lying about
the extent of her pain. They're claiming she allowed doctors to cut a 6-inch
gash in her abdomen and insert metal disks in her spine for financial gain,"
Bohm said.

Deputy District Attorney Eual Blansett
Jr. filed the charges Jan. 21, although an arrest warrant wasn't issued.

Blansett said 11 of the 12 counts
Moore faces stem from withholding information or making false statements to
her physicians, Dr. Anh Lee and Dr. Randall Armstrong.

"It doesn't make a difference if
you tell one doctor the truth; you're supposed to tell everyone the truth all
the way through the process," Blansett said.

In August, Moore filed a civil complaint
against the city of Tracy for defamation, fraud, disability harassment and violating
the Police Officer Procedural Bill of Rights. In a letter dated July 29, Bohm
wrote then-City Manager Fred Diaz that Moore was unfairly placed on unpaid
administrative
leave and had her workers' compensation benefits terminated.

About the same time, Bohm wrote,
the city stopped paying her insurance premiums and launched an internal
investigation
into Moore's conduct after the second back injury.

Moore's civil complaint was rejected
by the City Council in December.

"It is interesting to note that
no charges were filed until we pursued the civil case against the city of Tracy,"
Bohm said.

Tracy City Attorney Debra Corbett
said she couldn't comment on the criminal charges against Moore because it's
a county issue.

To reach reporter Rick Brewer,
phone (209 833-1141 ☏ or e-mail rbrewer@recordnet.com

**PUBLIC ARTIFACTS SECTION THREE:** Defendant JASON GOODMAN'S YouTube video

**JASON GOODMAN:** Defendant seen with JENNIFER MARIE MOORE

https://www.youtube.com/watch?v=xyeDIMs4wC0



TRUE PUNDIT

Investigative Journalist Found Dead in D.C. Hotel Room Weeks After Reporting Bill Clinton to FBI & DHS for Allegedly Raping Boy

Aneurysm or Arkancide – Larry Nichols Discusses the Untimely Death of Jenny "Task Force"



Jason Goodman

65K

1,603 views

➕ Add to    ➤ Share    ••• More                        👍 166    👎 19

Streamed live 2 hours ago

Jenny Moore, YouTuber known as Task Force, was found dead in her hotel room yesterday. Circumstances surrounding the death remain foggy but Moore, as reported in True Pundit, had been investigating an underage rape attributed to former President Bill Clinton.

7

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



## Aneurysm or Arkancide – Larry Nichols Discusses the Untimely Deat

Jason Goodman

▶ Subscribe  65K

1,603 views

➕ Add to     ↪ Share     ••• More          👍 '96   👎 35

Streamed live 2 hours ago
Jenny Moore, YouTuber known as Task Force, was found dead in her hotel room yesterday.
Circumstances surrounding the death remain foggy but Moore, as reported in True Pundit, had been
investigating an underage rape attributed to former President Bill Clinton.



8

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

**PUBLIC ARTIFACTS SECTION FOUR:** Twitter tweets of ROBYN GRITZ

ROBYN GRITZ: Described on pages 11, 12, 14, 31, 32, 33, 40. **[AC]**

https://twitter.com/vabelle2010

**Valiant_defender #FindingMollieTibbets** @vabelle2010 · 21h

Replying to @TerryDugue

Yes. I've spoken with George and the detective on her case.

💬 2        ⬆ 1        ♡ 7        ✉

**Valiant_defender #FindingMollieTibbets** @vabelle2010 · 21h          ⌄

Replying to @Tedlance101

I'm in shock. I spoke with the PD and I found her next of kin and an attorney who filed her lawsuit. I'm just in shock.

💬 2        ⬆ 6        ♡ 25        ✉

**R**

**Robyn gritz**

I spoke with the detective and I believe I found her next of kin.  The detective said they don't think it was Suicide. He said the initial response from the medical examiner thinks she had a big seizure and then passed. I explained to the detective who she was & what she had been doing. I told him I notified Judicial Watch who had been in touch with her. I explained who I was and that she felt someone was looking for her and also about her getting beaten in California. I found her attorney and emailed him. Jenny Moore,

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

**PUBLIC ARTIFACTS SECTION FIVE:**  YouTube videos and tweets of GEORGE WEBB SWEIGERT

**GEORGE WEBB SWEIGERT:  Described on pages 11, 12, 13, 14, 15, ETC.  [AC]**

https://www.youtube.com/watch?v=0amXf9opf-c&feature=youtu.be



Day 49.3. Jenny Moore Was Researching NRO in Chantilly, VA



George Webb

896 views

Published on Aug 15, 2018
Category        News & Politics



13
**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**

https://twitter.com/search?q=%40georgwebb&src=typd

| Tweets | Tweets & replies | Media | Likes |

 **TruthLeaks** @GeorgWebb · 4m    ⌄

TF went down swinging. Not a suicide.

 13     R

Robyn gritz

# I spoke with the detective and I believe I found her next of kin. The detective said they don't think it was Suicide. He said the initial response from the medical

💬 4    ⟲ 16    ♡ 17    ⬆

 **TruthLeaks** @GeorgWebb · 40m    ⌄

Respect - Task Force R.I.P.



14

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**



**Day 48.3. State Coroner of Maryland, Notification of Kin, Autopsy, Cause Of Death Report**

George Webb

410 views

**PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE [RJN]**