**PUBLIC ARTIFACTS SECTION ONE:**

Defendant Jason Goodman discusses PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE, Doc. No. 13, filed 8/17/2018 with wrong-doer QUINN MICHAELS (aka Korey Atkin). Quinn Michaels is discussed in the [AC] on pages 12, 17, 29, 30, 31 and 32.

As seen on **PATREON.COM**

**PATREON**



## The breakdown of the crew

Aug 20 at 3:30pm

Jason and I are going to break down the crew at 3:30pst 6:30est hope to see you there.

🖉 Jason Goodman, cstt, live



3
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

**PATREON**



**The breakdown of the crew**                        6 Patrons only

Aug 20 at 3:30pm

Jason and I are going to break down the crew at 3:30pst 6:30est hope to see you there.

🔗 Jason Goodman, cstt, live

---

**PATREON**

**The breakdown of the crew**                        6 Patrons only

Aug 20 at 3:30pm

Jason and I are going to break down the crew at 3:30pst 6:30est hope to see you there.

🔗 Jason Goodman, cstt, live

---

4

**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

**PATREON** |



**The breakdown of the crew**                          🔒 Patrons only

Aug 20 at 3:30pm

Jason and I are going to break down the crew at 3:30pst 6:30est hope to see you there.

🖉 **Jason Goodman, cstt, live**



**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PUBLIC ARTIFACTS SECTION TWO:**

Public definitions of **"STOCHASTIC TERRORISM"**

**Internet URL:   http://stochasticterrorism.blogspot.com/**

# Stochastic Terrorism

1. The use of mass communication to incite random actors to carry out violent or terrorist acts that are statistically predictable but individually unpredictable. 2. Remote-control murder by lone wolf.

**26 January 2011**

### Stochastic Terrorism: Part 1, triggering the shooters.

Stochastic terrorism is the use of mass communications to incite random actors to carry out violent or terrorist acts that are *statistically predictable but individually unpredictable*.  In short, remote-control murder by lone wolf.

This is what occurs when Bin Laden releases a video that stirs random extremists halfway around the globe to commit a bombing or shooting.

This is also the term for what Beck, O'Reilly, Hannity, and others do.  And this is what led directly and predictably to a number of cases of ideologically-motivated murder similar to the Tucson shootings.  As of this writing, there is no evidence to link Jared Loughner to a specific source of incitement; but some of the other cases can be clearly linked.

The *stochastic terrorist* is the person who is responsible for the incitement.  For example they go on radio or television and stir up hatred toward a particular person or group.

The *random actor*, or *"lone wolf"* as the term is used in law enforcement and intel, is the person who responds to the incitement by carrying out the violent or terrorist act against the target person or group.  For example they shoot someone or detonate a bomb.  While their action may have been statistically predictable (e.g. "given sufficient provocation, someone will probably do such-and-such").

**Followers**

**Followers (18)**





**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

[ ] G+ | More    j108whd@gmail.com  Dashboard  Sign Out

# Stochastic Terrorism

1. The use of mass communication to incite random actors to carry out violent or terrorist acts that are statistically predictable but individually unpredictable. 2. Remote-control murder by lone wolf.

**26 January 2011**

## Stochastic Terrorism: Part 1, triggering the shooters.

**Stochastic terrorism** is the use of mass communications to incite random actors to carry out violent or terrorist acts that are *statistically predictable but individually unpredictable.* In short, remote-control murder by lone wolf.

This is what occurs when Bin Laden releases a video that stirs random extremists halfway around the globe to commit a bombing or shooting.

This is also the term for what Beck, O'Reilly, Hannity, and others **do**. And this is what led directly and predictably to a number of cases of ideologically-motivated murder similar to the Tucson shootings. As of this writing, there is no evidence to link Jared Loughner to a specific source of incitement; but some of the other cases can be clearly linked.

The *stochastic terrorist* is the person who is responsible for the incitement. For example they go on radio or television and stir up hatred toward a particular person or group.

The *random actor*, or *"lone wolf"* as the term is used in law enforcement and intel, is the person who responds to the incitement by carrying out the violent or terrorist act against the target person or group. For example they shoot someone or detonate a bomb. While their action may have been statistically predictable (e.g. "given sufficient provocation, someone will probably do such-and-such"), the specific person and the specific act are not yet predictable.

There may be *intermediaries* in the chain of cause and effect. For example person A hires person B to go on television and incite hatred of group C; and then person D "pops up out of nowhere" and attacks one or more members of group C.

At each step, plausible deniability increases through the diffusion of responsibility. "Oh, it was just a lone nut, *nobody could have predicted he would do that,* and I'm not responsible for what people in my audience do."

The random actor gets captured and sentenced to life in prison, while the stochastic terrorist keeps his prime time slot and goes on to incite more lone wolves.

The stochastic terrorist may be acting either negligently or deliberately, or may be in complete denial of their impact, just like a drunk driver who runs over a pedestrian without even realizing it.

Finally, there is no need for conspiracy here: merely the twisted acts of individuals who are promoting hatred and extremism, and who get access to national media in which to do it. The rest follows naturally, just as an increase in violent storms follows from an increase in average global temperature.

**The lone wolves:**

The term "lone wolf" is used in law enforcement and intel to refer to an individual who is emotionally unstable, who lacks obvious ties to known criminal gangs or terrorist groups, and who pops up seemingly out of nowhere to commit a violent or terrorist act.

**Followers**

**Followers (18)**












Follow

**Blog Archive**

▼ 2011 (1)
  ▼ January (1)
    Stochastic Terrorism: Part 1, triggering the shoot...

**About Me**

G2G
West Coast, United States

View my complete profile

The three-letter agencies can keep an eye on organized groups, and do a damn good job at stopping violent actors associated with those groups. At least three intended car bombings were stopped last year by the FBI intercepting the bombers and substituting fake explosives in time to save hundreds of lives and arrest the would-be bombers.

Lone wolves don't have obvious connections through which they can be discovered. They don't communicate much if at all about their intentions. They keep their plans to themselves. And then, apparently at random, they pop up from obscurity and commit murder. They are law enforcement's and intel's worst nightmare, and on the 8th of January one of them became America's nightmare.

**Stirring the pot:**

At any given time there are hundreds of thousands of Americans with combinations of personality characteristics (such as emotional instability, a paranoid ideology, and a propensity for violence) that put them at risk of going off the deep end and becoming lone wolves. All it takes is the right push, the right nudge at the right time, to dislodge a few of them and send them on their way to fifteen minutes of fame surrounded by dead bodies.

There's nothing mysterious about this process. It is not much different to other instances where a person is almost ready to make a decision, and the right combination of inputs makes them act. For example you have an old car and it begins to break down more often: now you're thinking about replacing it, and you might be swayed by something in an automobile advertisement. Anyone who is familiar with marketing and advertising knows how this works, and advertisers often target their messages to people who are "ready to buy" and just need a little persuading. Political candidates often target their ads to the undecideds, hoping that a little nudge will win them some votes. This is perfectly normal and hardly insidious.

It becomes insidious when these practices are used in such a manner as to deliberately or negligently stir up lone wolf violence.

So let's take Beck, Hannity, and O'Reilly. There is no question that their emotional rhetoric appeals to people who are emotionally unstable. And, since their audiences are tracked and analyzed in detail, *there is no question that they know it.*

When they go on TV and shout and sputter, rant and rave, and weep and wail, they are not expecting to persuade liberals or even undecideds to change their votes. They are "playing to their base," that they know includes people who are emotionally unstable. In short they are "stirring the pot." And if you turn up the temperature and keep stirring, you know that the pot will boil. Bubbles will come up from the depths and pop.

**Pop go the lone wolves:**

Some lone wolves have no provable connection to the hate-talkers and pot-stirrers, other than memes in common. One example of this type is James Wenneker von Brunn who shot and killed security guard Stephen Tyrone Johns at the US Holocaust Memorial Museum. While von Brunn was a white supremacist, it appears his extremism was purely of his own making. Another is Andrew Joseph Stack III, who flew a Piper Dakota into the Austin Texas field office of the Internal Revenue Service, killing IRS manager Vernon Hunter and himself, and injuring thirteen others. Stack's suicide note included memes from across the ideological spectrum. At this point it appears as if Jared Loughner is one of these: all-over-the-map crazy, with an incoherent ideology that is mostly rightwing but difficult to trace to specific sources.

On 27 July 2008, lone wolf shooter Jim David Adkisson walked into the Tennessee Valley Unitarian Universalist Church and shot nine people, killing two and wounding seven. Adkisson said he was motivated by hatred of "Democrats, liberals, n-----s, and faggots." A police search of his home found books by Michael Savage, Sean Hannity, and Bill O'Reilly.

On 4 February 2009, he accepted a plea bargain: guilty on two counts of murder, in exchange for a life sentence w/o possibility of parole (LWOP).

On 4 April 2009, Richard Poplawski shot five Pittsburgh PA police officers, leaving three dead and two seriously wounded.

Stochastic Terrorism

According to people who knew him, he was a birther and white supremacist, was paranoid that Obama was going to take away his guns, and was consumed with anti-semitic conspiracy theories. A police search of his computer found links to various groups and to a YouTube video of Glenn Beck talking about FEMA concentration camps.

Poplawski's trial has been delayed until 25 April 2011, where it is possible he will face the death penalty for the murder of police officers.

On 31 May 2009, anti-abortion extremist Scott Roeder shot and killed gynecologist Dr. George Tiller while Tiller was attending church services. At first it appeared that he acted alone, but research by subject-matter experts uncovered evidence that he had at least one accomplice. That issue is presently being investigated by a federal grand jury.

In the months leading up to the assassination, Bill O'Reilly had waged a "relentless campaign" against Tiller, a campaign of exactly the type that would be expected to stir up violence against the doctor. The details can be found here: http://www.salon.com/news/feature/2009/05/31/tiller/

In January 2010 Roeder was convicted of first-degree murder and sentenced to life without parole. At present his accomplices and enablers have not yet been indicted and charged.

On 18 July 2010, Byron Williams set out from his mother's home in Groveland CA, heading for San Francisco to shoot up the Tides Foundation and the ACLU, with the intention of "starting a revolution."

Williams, a convicted felon (two bank robberies), was stopped by the CHP (California Highway Patrol) for weaving in and out of traffic at high speed. When stopped, he immediately opened fire on the CHP officers, wounding two. They returned fire, wounding him in the leg, and then took him into custody. At first they thought they were dealing with a garden-variety cop shooter. Then they found the notebook in his car, with the details of his plans.

Quoting the Wikipedia article on Williams: http://en.wikipedia.org/wiki/Byron_Williams_(shooter)

Quote: "Williams has identified Glenn Beck as his primary motivation for the shootings." According to Williams, Beck is "like a schoolteacher on TV... he's been breaking open some of the most hideous corruption." Continuing: "Beck would never say anything about a conspiracy, would never advocate violence. He'll never do anything ... of this nature. But he'll give you **every ounce of evidence that you could possibly need**." End quote.

Prior to Williams' planned attack, Beck had mentioned the obscure Tides Foundation 29 times on his program. He had drawn numerous charts on his infamous blackboard, showing how Tides is the funding source behind much of the "liberal conspiracy." He had stoked and fueled, turned up the heat on the pot, and stirred it real good. *He devoted two of his broadcasts to Tides in the very week preceding the shooting.*

Quoting the Washington Post article: http://www.washingtonpost.com/wp-dyn/content/article/2010/07/30/AR2010073003254.html

Quote: Beck has at times spoken against violence, but he more often forecasts it, warning that "it is only a matter of time before an actual crazy person really does something stupid." Most every broadcast has some violent imagery: "The clock is ticking. . . . The war is just beginning. . . . Shoot me in the head if you try to change our government. . . . You have to be prepared to take rocks to the head. . . . The other side is attacking. . . . There is a coup going on. . . . Grab a torch! . . . Drive a stake through the heart of the bloodsuckers. . . . They are taking you to a place to be slaughtered. . . . They are putting a gun to America's head. . . . Hold these people responsible." Unquote.

**Every ounce of evidence you could possibly need:**

One dead doctor.

Two dead churchgoers.

Seven wounded churchgoers.

Three dead police officers.

Four wounded police officers.

How many more that I couldn't remember while writing this?

Meanwhile the jury is still out on whether Loughner's victims belong on the list of people who "got Becked."

As someone on wrote in a comment about this a few months ago, there was a saying among his buddies in the Air Force: "Once is a tragedy, twice is a terrible coincidence, *three times is enemy action.*"

If you were a media personality known for rants & raves on the air, and it came out that some random killer had possibly been influenced by you or one of your colleagues, what would you do? Would you apologize? Would you tone it down?

If it happened again, what would you do? And if it happened yet again after that? What would you do?

It takes more than just a special type of sociopath to fail to be moved by the murders of doctors, churchgoers, and police officers in the line of duty, and the could-have-been-murders of more.

*I submit to you that it takes something between callous disregard and deliberate intent.*

**Pulling the trigger by remote control:**

If you wanted certain people dead, but you wanted plausible deniability, you would have someone else do the deed for you at a distance, the greater the distance the better.

One way to do it would be to use your position on radio or TV to hurl emotional rhetoric that is calculated to appeal to people who are psychologically unstable. Some of them will go out and vote, some will go forth and spread your rant-memes, some will get into bar-room brawls over one issue or another.

But a few, who have already demonstrated a lack of respect for the law, will do more than that. Maybe they'll assault someone on the street who is black or gay or speaking Spanish in public or wearing traditional Islamic garb. Maybe they'll make a bomb and put it in the mail or plant it at a women's clinic.

Maybe they'll go out and shoot someone. Maybe they'll shoot someone who, in your heart of hearts, you want dead. If you have a list of targets in mind, such as Operation Rescue's website with crosshairs on doctors, or Palin's crosshairs on elected officials, it won't matter who gets killed first and who gets killed later: any hit will do.

This is stochastic terrorism: you heat up the waters and stir the pot, knowing full well that sooner or later a lone wolf will pop up and do the deed. The fact that it will happen is as predictable as the fact that a heated pot of water will eventually boil. But the exact time and place of each incident will remain as random as the appearance of the first bubbles in the boiling pot.

And so the unstable shooter, the sick kid or crazy grownup, will be taken into custody where they will rant a disconnected version of your own rants. The fact that they are clearly nuts will enable shifting the public discussion away from your hateful rhetoric and toward the overt insanity of the shooter or bomber.

After that, you get to go on the air and tut-tut along with everyone else, and say "Oh So Sad," and all that crap. But behind the scenes you drink a toast and cheer: one down, a bunch more to go.

Or perhaps you're just crazy enough to truly believe that you really don't have anything to do with it. You collect your media star paycheck and tootle along to the next day in front of cameras and microphones, ready to do it again, as oblivious as the drunk driver who runs over a flock of schoolchildren and keeps driving, and then when the cops pull him over, says "Who, me??"

**The guilty-knowledge test:**

Someone needs to corral Beck, Hannity, O'Reilly, Savage, and the rest of them, in front of a microphone

and camera that are not of their own choosing.

For example think of Sixty Minutes and their famed unannounced appearances at the offices and even homes of various wrongdoers over the years.  Or think of press conferences or other scheduled appearances, where someone pops up and asks the inconvenient question or two, and the question captures the headlines.

And someone needs to ask them:  *In light of this latest in a series of ideologically-motivated murders, are you willing to tone down your rhetoric even a little?*

Listen very closely to their answers.  They will duck and weave, evade and deny, or at most give the standard reply of "lone nuts, oh so sad."  But they may also let slip a subtle hint of guilty knowledge.

The author of the aforementioned WaPo article says in passing, "It's not fair to blame Beck for violence committed by people who watch his show."

I say it damn well is fair to blame them when it happens again and again and predictably again.

*Once is a tragedy, twice is a coincidence, three times is enemy action.*

And now we know how it's done: stir the pot and wait for the inevitable, and then deny it and do it again.  That's stochastic terrorism as surely as when Bin Laden does it.  And Beck and his fellow hate-mongers are terrorists by remote control.

Posted by G2G at 3:31 AM    35 comments

G+

Home

Subscribe to: Posts (Atom)

Simple theme. Theme images by gaffera. Powered by Blogger.

**Internet URL:   https://www.dailykos.com/stories/2016/8/10/1558787/-Stochastic-Terrorism**

COMMUNITY                    ACTION



As outlined in this Rolling Stone piece. Definition: " Stochastic terrorism...means using language and other forms of communication 'to incite random actors to carry out violent or terrorist acts that are statistically predictable but individually unpredictable.'"

and from the same article:

"1. A public figure with access to the airwaves or pulpit demonizes a person or group of persons.
2. With repetition, the targeted person or group is gradually dehumanized, depicted as loathsome and dangerous—arousing a combustible combination of fear and moral disgust.
3. Violent images and metaphors, jokes about violence, analogies to past 'purges' against reviled groups, use of righteous religious language—all of these typically stop just short of an explicit call to arms.
4. When violence erupts, the public figures who have incited the violence condemn it—claiming no one could possibly have foreseen the 'tragedy.'"

This is a new term for me, but I really love it. It is more precise than "Hate Speech. " And it both describes the problem while simultaneously dismantling the excuses for the rhetoric used by Trump and his lackeys, the anti-abortion movement, and most of Fox News' prime time lineup. And not coincidentally, also applies to ISIL's efforts which have been so effective in Europe and to a lesser extent here. (Of course, ISIL skips step 4 and the last clause of step 3, opting for explicit terrorism)

Since Stochastic Terrorism draws such such a clear line between ISIL, Trump, and Right Wing eliminationist rhetoric I propose other diarists enter the term into their lexicon. It has such a clarity

7

**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

**TEXT from article**

As outlined in this <u>Rolling Stone piece</u>. Definition: " Stochastic terrorism...means using language and other forms of communication 'to incite random actors to carry out violent or terrorist acts that are statistically predictable but individually unpredictable.'"
and from the same article:

**"1. A public figure with access to the airwaves or pulpit demonizes a person or group of persons.**

**2. With repetition, the targeted person or group is gradually dehumanized, depicted as loathsome and dangerous—arousing a combustible combination of fear and moral disgust.**

**3. Violent images and metaphors, jokes about violence, analogies to past 'purges' against reviled groups, use of righteous religious language—all of these typically stop just short of an explicit call to arms.**

**4. When violence erupts, the public figures who have incited the violence condemn it—claiming no one could possibly have foreseen the 'tragedy.'"**

This is a new term for me, but I really love it. It is more precise than "Hate Speech. " And it both describes the problem while simultaneously dismantling the excuses for the rhetoric used by Trump and his lackeys, the anti-abortion movement, and most of Fox News' prime time lineup. And not coincidentally, also applies to ISIL's efforts which have been so effective in Europe and to a lesser extent here.  (Of course, ISIL skips step 4 and the last clause of step 3, opting for explicit terrorism)

Since Stochastic Terrorism draws such such a clear line between ISIL, Trump, and Right Wing eliminationist rhetoric I propose other diarists enter the term into their lexicon. It has such a clarity in argument.

 Right now, the dynamic is that someone says something outrageous, the left spends paragraphs upon paragraphs excoriating them and explaining why the statement is problematic; the right spends paragraphs and paragraphs obfuscating and confusing the issue, and the MSM grins wanly and says there is a controversy then cuts to commercial.

It would seem to me that one would really only need to say "stochastic terrorism" and  "Gabby Giffords" in the same sentence to get the point across.

[emphasis added]

**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

**PUBLIC ARTIFACTS SECTION THREE:** News article concerning JENNY MARIE MOORE

2

News article of 8/16/2018 of "TRUE PUNDINT" and **THOMAS PAINE**.

3

4

      **THOMAS PAINE:** Described on pages 11, 12, 31, 32, 33and 40 of Amended Complaint [AC].

5

6

7

8

9

10

11

12



13

14

15

16

17

18

19

20



21

22

23

24

25

26

27

28

9

**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

Ads by Revcontent

**Rare Historic Photo is Causing a**
*Living Crunch*

**Nfl Teammates Are Scared to**
*Reportily*

**Giant Movie Bloopers We Just Can't**
*90skidsonly*

**Iconic 'Forrest Gump' Scene**
*90s Kids Only*

**20 Jaw Dropping Female**
*90skidsonly*

FEATURED   POLITICS   SECURITY

# LISTEN: Haunting Final Interview Surfaces of Dead Journalist Jen Moore; Her Chilling Details of Abuse of Alleged Clinton Rape Victim

Posted on August 16, 2018          by Investigative Bureau



Share:

# FOLLOW US!

find us on **facebook**    follow us **twitter**

While friends and admirers mourn the loss of investigative journalist Jen Moore — who was found dead in a suburban D.C. hotel room Monday — a haunting final interview has surfaced where Moore details the Clinton case she was working on at the time of her suspicious death.

Moore, an advocate who investigated abused and trafficked children, had been in the process of investigating allegations by a 26-year-old man that — as a young boy — he was sexually assaulted by Bill Clinton and pimped out at private sex parties attended by other D.C. elites.

Moore, who was often called "Task Force as a nickname," **was interviewed about the Clinton case on July 13th** by YouTube and radio journalist Farmer Jones. One month later, Moore's she was dead, her body found by employees at the Country Inn & Suites by Radisson, Washington, D.C. East – in Capitol Heights, Maryland. The investigation is ongoing. Autopsy results were not available on Wednesday.



⊘ 44,532 Votes

## Do you still support President Trump?

| Yes |
|---|

| No |
|---|

| Not sure |
|---|

Promoted Content

During the Jones interview Moore expressed dismay and frustration that despite her sharing the details with Homeland Security agents in charge of child trafficking investigations, no one had reached out to her to follow up about the details of the alleged victim. Or the alleged suspect.

Moore died of an apparent seizure. Police said the death was not the result of suicide.

Just four weeks before her death, Moore filed details of the alleged victim's claims with the Department of Homeland Security, detailing the allegations against Clinton. Moore contacted Homeland Security beginning on July 6th through July 9th, records show. A week later, she contacted the FBI with identical details about the victim and the shocking allegations against Clinton.

## Brooke Shields Finally Confirms the Travolta Rumors!

*CelebHour*

Read More >

🔥79,414

Ads by Revcontent

FBI sources report no case has been opened on the evidence supplied by Moore. Homeland Security never contacted Moore to follow up after she shared details with the agency.

Perhaps part of Moore's legacy will be the overt illustration that federal agencies in charge of protecting children often turn a blind eye to investigating abuse. Especially if the alleged perpetrator is an elite political figure. This case, broken down, highlights the impossibility of an alleged victim to pierce the veil of agencies like DHS and the FBI to prompt investigation of abuses for sexual assault.

Moore's story confirms a recurring and disturbing David vs Goliath scenario where, in essence, Goliath never even has to show up to fight because the federal system is already set up to protect America's political Goliaths. While the Davids of the world, who muster up the courage to come forward and tell their stories, suffer more at the hands of a lazy and corrupt federal government.

Whether the alleged victim's testimony is true or not about Clinton, those in charge of getting to the bottom of such a case never even cared to lift a finger. Moore's death shines a bright light on a rigged system where the victim of sexual assault — or "survivor" as Moore termed abused children — has virtually no chance for legal retribution and redemption.

And now the whistle blower is dead, which points the public's collective finger back at DHS and FBI. Did these agencies rat out Moore while protecting Clinton? True or not the rampant corruption in both agencies feed such a narrative.

Likewise, even if Moore died of natural causes, the real story here then swaps to why didn't federal agents follow up with her complaints while she was alive. Moore delivered the alleged victim to federal agents on a silver platter. If foul play is ruled out, federal malfeasance is not.

Moore had approached True Pundit's Thomas Paine in June with the allegations against Clinton. Paine conducted a series of face-to-face interviews with Moore and the alleged victim in various locales. By July, the victim agreed to tell his story to Paine. But Moore and the traumatized victim wanted to contact Homeland Security and the FBI first to see if they would open a criminal case against Clinton prior to publicizing the claims.

Moore details the meeting with Paine and the victim during her final interview.

Paine and True Pundit were vetting the details provided by the victim. Paine said the allegations were "credible" and the victim's testimony and details were beyond convincing.

Paine said Moore accepted the risks with the story and understood things could get very ugly very fast. Per conversations with True Pundit's Paine:

According to interviews, the victim in this case claimed he was sexually assaulted by Clinton on a yacht in New England and knows the identities of several other child victims who were subjected to identical abuses. The victim also confirmed he witnessed other children and people being sexually and physically abused and possibly worse on numerous "boat parties." These parties were attended by elite members of D.C. political class, according to Moore and the victim.

Both young boys and young girls, the victim said.

Moore supplied these details to federal agents and documented the interactions with a number of alleged victims. Within a month, she is dead.

In the exchange below, Moore discusses an extended stay with the alleged Clinton victim after his interview with Paine. During the interview, the victim sporadically vomited and shivered as he recalled details of his alleged abuse, Paine said.

**PUBLIC ARTIFACTS SECTION FOUR:** Video featuring **ROBYN GRITZ**

**ROBYN GRITZ:** Described on pages 11, 12, 14, 31, 32, 33, 40. [AC]

**Internet URL: https://www.youtube.com/watch?v=kgK_0Ga1Tpg**





**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF  96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

       Plaintiff,

vs.

JASON GOODMAN

       Defendant

Case No.:  2:18-cv-01633-RMG-BM

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

**On this day, August 22, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleadings (with First Class postage affixed) to the following parties.**

PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE to:

       **Clerk of the Court**
       **U.S. District Court**
       **Matthew J. Perry, Jr. Courthouse**
       **901 Richland Street**
       **Columbia, South Carolina 29201**

PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE <u>AND</u> PLAINTIFF'S FIRST SET OF REQUESTS
FOR ADMISSION to:

       **Jason Goodman**
       **252 7th Avenue #6S**
       **New York, NY 10001**

**I hereby attest under the penalties of perjury that the foregoing is true and accurate.**

                            D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE - 1

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF  96067

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

D. GEORGE SWEIGERT

       Plaintiff,

vs.

JASON GOODMAN

       Defendant

Case No.:  2:18-cv-01633-RMG-BM

**PLAINTIFF'S FIFTH
REQUEST FOR JUDICIAL NOTICE [RJN]**

     NOW COMES THE PRO SE plaintiff, a layman non-attorney who is acting in the capacity of private attorney general in a public interest lawsuit, to respectfully request this Court take notice of certain public records and documents.  These public records amplify the personages that have been described in the **Amended Complaint [AC] [Doc. 5, 6/29/2018).**

**PUBLIC ARTIFACTS SECTION ONE:**

**Defendant Jason Goodman discusses PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE, Doc. No. 13, filed 8/17/2018 with wrong-doer QUINN MICHAELS (aka Korey Atkin).  Quinn Michaels is discussed in the [AC] on pages 12, 17, 29, 30, 31 and 32.**

**PUBLIC ARTIFACTS SECTION TWO:**

**Public definitions of "STOCHASTIC TERRORISM"**

**PUBLIC ARTIFACTS SECTION THREE:  News article concerning JENNY MARIE MOORE**

**News article of 8/16/2018 of "TRUE PUNDINT" and THOMAS PAINE.**

**PUBLIC ARTIFACTS SECTION FOUR:  Video featuring ROBYN GRITZ**

1

**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

## ATTESTATION

The undersigned hereby attests that the attached artifacts are true and accurate representations created from source displays on the Internet. These artifacts are provided in a good faith effort to increase judicial efficiency and to promote equal justice.

The undersigned hereby attests that the foregoing statements have been made under penalties of perjury.

Dated this day of August 2-2, 2018

D. GEORGE SWEIGERT

2
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

2

**PUBLIC ARTIFACTS SECTION ONE:**

3

Defendant Jason Goodman discusses PLAINTIFF'S FOURTH REQUEST FOR JUDICIAL NOTICE, Doc. No. 13,

4

filed 8/17/2018 with wrong-doer QUINN MICHAELS (aka Korey Atkin). Quinn Michaels is discussed in the [AC]

5

on pages 12, 17, 29, 30, 31 and 32.

6

As seen on **PATREON.COM**

7

8

9



10

11

12

13

14

15

16

17

18

19

**The breakdown of the crew**

20

Aug 20 at 3:30pm

Jason and I are going to break down the crew at 3:30pst 6:30est hope to see you there.

21

Jason Goodman, cstt, live

22

23

24

25

26

27

28

3
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**



**PATREON**

**The breakdown of the crew**

Aug 20 at 3:30pm

Jason and I are going to break down the crew at 3:30pst 6:30est hope to see you there.

✎ Jason Goodman, cstt, live

---



**PATREON**

**The breakdown of the crew**

Aug 20 at 3:30pm

Jason and I are going to break down the crew at 3:30pst 6:30est hope to see you there.

✎ Jason Goodman, cstt, live

---

4

**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PATREON**



**The breakdown of the crew**                               6 Patrons only

Aug 20 at 3:30pm

Jason and I are going to break down the crew at 3:30pst 6:30est hope to see you there.

🖉 Jason Goodman, cstt, live



5
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

1

2

**PUBLIC ARTIFACTS SECTION TWO:**

3

4 Public definitions of **"STOCHASTIC TERRORISM"**

5 **Internet URL:   http://stochasticterrorism.blogspot.com/**

6

7 # Stochastic Terrorism

8

9 1. The use of mass communication to incite random actors to carry out violent or terrorist acts that are statistically predictable but individually unpredictable. 2. Remote-control murder by lone wolf.

10

11 **26 January 2011**

**Followers**

12 ## Stochastic Terrorism: Part 1, triggering the shooters.

**Followers (18)**

13 **Stochastic terrorism** is the use of mass communications to incite random actors to carry out violent or terrorist acts that are *statistically predictable but individually unpredictable.*  In short, remote-control murder by lone wolf.

14 This is what occurs when Bin Laden releases a video that stirs random extremists halfway around the globe to commit a bombing or shooting.

15

16 This is also the term for what Beck, O'Reilly, Hannity, and others do.  And this is what led directly and predictably to a number of cases of ideologically-motivated murder similar to the Tucson shootings.  As of this writing, there is no evidence to link Jared Loughner to a specific source of incitement; but some of the other cases can be clearly linked.

17

18 The *stochastic terrorist* is the person who is responsible for the incitement.  For example they go on radio or television and stir up hatred toward a particular person or group.

19 The *random actor*, or *'lone wolf'* as the term is used in law enforcement and intel, is the person who responds to the incitement by carrying out the violent or terrorist act against the target person or group.  For example they shoot someone or detonate a bomb.  While their action may have been statistically predictable (e.g. "given sufficient provocation, someone will probably do such-and-such").

20

**Follow**

21

22 

23 Right now, the official U.S. time is:

**10:37:54 a.m.**

24 Tuesday, August 21, 2018
Pacific Time (DST)

25

26

27

28

6
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

[_____]  G+  More                                    j108whd@gmail.com   Dashboard   Sign Out

# Stochastic Terrorism

1. The use of mass communication to incite random actors to carry out violent or terrorist acts that are statistically predictable but individually unpredictable. 2. Remote-control murder by lone wolf.

**26 January 2011**

## Stochastic Terrorism: Part 1, triggering the shooters.

**Stochastic terrorism** is the use of mass communications to incite random actors to carry out violent or terrorist acts that are *statistically predictable but individually unpredictable*.  In short, remote-control murder by lone wolf.

This is what occurs when Bin Laden releases a video that stirs random extremists halfway around the globe to commit a bombing or shooting.

This is also the term for what Beck, O'Reilly, Hannity, and others do.  And this is what led directly and predictably to a number of cases of ideologically-motivated murder similar to the Tucson shootings.  As of this writing, there is no evidence to link Jared Loughner to a specific source of incitement; but some of the other cases can be clearly linked.

The *stochastic terrorist* is the person who is responsible for the incitement.  For example they go on radio or television and stir up hatred toward a particular person or group.

The *random actor*, or *"lone wolf"* as the term is used in law enforcement and intel, is the person who responds to the incitement by carrying out the violent or terrorist act against the target person or group.  For example they shoot someone or detonate a bomb.  While their action may have been statistically predictable (e.g. "given sufficient provocation, someone will probably do such-and-such"), the specific person and the specific act are not yet predictable.

There may be *intermediaries* in the chain of cause and effect.  For example person A hires person B to go on television and incite hatred of group C; and then person D "pops up out of nowhere" and attacks one or more members of group C.

At each step, plausible deniability increases through the diffusion of responsibility.  "Oh, it was just a lone nut, *nobody could have predicted he would do that*, and I'm not responsible for what people in my audience do."

The random actor gets captured and sentenced to life in prison, while the stochastic terrorist keeps his prime time slot and goes on to incite more lone wolves.

The stochastic terrorist may be acting either negligently or deliberately, or may be in complete denial of their impact, just like a drunk driver who runs over a pedestrian without even realizing it.

Finally, there is no need for conspiracy here: merely the twisted acts of individuals who are promoting hatred and extremism, and who get access to national media in which to do it.  The rest follows naturally, just as an increase in violent storms follows from an increase in average global temperature.

**The lone wolves:**

The term "lone wolf" is used in law enforcement and intel to refer to an individual who is emotionally unstable, who lacks obvious ties to known criminal gangs or terrorist groups, and who pops up seemingly out of nowhere to commit a violent or terrorist act.

**Followers**

Followers (18)











[ Follow ]

**Blog Archive**

▼ 2011 (1)
  ▼ January (1)
    Stochastic Terrorism: Part 1, triggering the shoot...

**About Me**

G2G
West Coast, United States

View my complete profile

The three-letter agencies can keep an eye on organized groups, and do a damn good job at stopping violent actors associated with those groups. At least three intended car bombings were stopped last year by the FBI intercepting the bombers and substituting fake explosives in time to save hundreds of lives and arrest the would-be bombers.

Lone wolves don't have obvious connections through which they can be discovered. They don't communicate much if at all about their intentions. They keep their plans to themselves. And then, apparently at random, they pop up from obscurity and commit murder. They are law enforcement's and intel's worst nightmare, and on the 8th of January one of them became America's nightmare.

**Stirring the pot:**

At any given time there are hundreds of thousands of Americans with combinations of personality characteristics (such as emotional instability, a paranoid ideology, and a propensity for violence) that put them at risk of going off the deep end and becoming lone wolves. All it takes is the right push, the right nudge at the right time, to dislodge a few of them and send them on their way to fifteen minutes of fame surrounded by dead bodies.

There's nothing mysterious about this process. It is not much different to other instances where a person is almost ready to make a decision, and the right combination of inputs makes them act. For example you have an old car and it begins to break down more often: now you're thinking about replacing it, and you might be swayed by something in an automobile advertisement. Anyone who is familiar with marketing and advertising knows how this works, and advertisers often target their messages to people who are "ready to buy" and just need a little persuading. Political candidates often target their ads to the undecideds, hoping that a little nudge will win them some votes. This is perfectly normal and hardly insidious.

It becomes insidious when these practices are used in such a manner as to deliberately or negligently stir up lone wolf violence.

So let's take Beck, Hannity, and O'Reilly. There is no question that their emotional rhetoric appeals to people who are emotionally unstable. And, since their audiences are tracked and analyzed in detail, *there is no question that they know it.*

When they go on TV and shout and sputter, rant and rave, and weep and wail, they are not expecting to persuade liberals or even undecideds to change their votes. They are "playing to their base," that they know includes people who are emotionally unstable. In short they are "stirring the pot." And if you turn up the temperature and keep stirring, you know that the pot will boil. Bubbles will come up from the depths and pop.

**Pop go the lone wolves:**

Some lone wolves have no provable connection to the hate-talkers and pot-stirrers, other than memes in common. One example of this type is James Wenneker von Brunn who shot and killed security guard Stephen Tyrone Johns at the US Holocaust Memorial Museum. While von Brunn was a white supremacist, it appears his extremism was purely of his own making. Another is Andrew Joseph Stack III, who flew a Piper Dakota into the Austin Texas field office of the Internal Revenue Service, killing IRS manager Vernon Hunter and himself, and injuring thirteen others. Stack's suicide note included memes from across the ideological spectrum. At this point it appears as if Jared Loughner is one of these: all-over-the-map crazy, with an incoherent ideology that is mostly rightwing but difficult to trace to specific sources.

On 27 July 2008, lone wolf shooter Jim David Adkisson walked into the Tennessee Valley Unitarian Universalist Church and shot nine people, killing two and wounding seven. Adkisson said he was motivated by hatred of "Democrats, liberals, n-----s, and faggots." A police search of his home found books by Michael Savage, Sean Hannity, and Bill O'Reilly.

On 4 February 2009, he accepted a plea bargain: guilty on two counts of murder, in exchange for a life sentence w/o possibility of parole (LWOP).

On 4 April 2009, Richard Poplawski shot five Pittsburgh PA police officers, leaving three dead and two seriously wounded.

According to people who knew him, he was a birther and white supremacist, was paranoid that Obama was going to take away his guns, and was consumed with anti-semitic conspiracy theories. A police search of his computer found links to various groups and to a YouTube video of Glenn Beck talking about FEMA concentration camps.

Poplawski's trial has been delayed until 25 April 2011, where it is possible he will face the death penalty for the murder of police officers.

On 31 May 2009, anti-abortion extremist Scott Roeder shot and killed gynecologist Dr. George Tiller while Tiller was attending church services. At first it appeared that he acted alone, but research by subject-matter experts uncovered evidence that he had at least one accomplice. That issue is presently being investigated by a federal grand jury.

In the months leading up to the assassination, Bill O'Reilly had waged a "relentless campaign" against Tiller, a campaign of exactly the type that would be expected to stir up violence against the doctor. The details can be found here: http://www.salon.com/news/feature/2009/05/31/tiller/

In January 2010 Roeder was convicted of first-degree murder and sentenced to life without parole. At present his accomplices and enablers have not yet been indicted and charged.

On 18 July 2010, Byron Williams set out from his mother's home in Groveland CA, heading for San Francisco to shoot up the Tides Foundation and the ACLU, with the intention of "starting a revolution."

Williams, a convicted felon (two bank robberies), was stopped by the CHP (California Highway Patrol) for weaving in and out of traffic at high speed. When stopped, he immediately opened fire on the CHP officers, wounding two. They returned fire, wounding him in the leg, and then took him into custody. At first they thought they were dealing with a garden-variety cop shooter. Then they found the notebook in his car, with the details of his plans.

Quoting the Wikipedia article on Williams: http://en.wikipedia.org/wiki/Byron_Williams_(shooter)

Quote: "Williams has identified Glenn Beck as his primary motivation for the shootings." According to Williams, Beck is "like a schoolteacher on TV... he's been breaking open some of the most hideous corruption." Continuing: "Beck would never say anything about a conspiracy, would never advocate violence. He'll never do anything ... of this nature. But he'll give you every ounce of evidence that you could possibly need." End quote.

Prior to Williams' planned attack, Beck had mentioned the obscure Tides Foundation 29 times on his program. He had drawn numerous charts on his infamous blackboard, showing how Tides is the funding source behind much of the "liberal conspiracy." He had stoked and fueled, turned up the heat on the pot, and stirred it real good. *He devoted two of his broadcasts to Tides in the very week preceding the shooting.*

Quoting the Washington Post article: http://www.washingtonpost.com/wp-dyn/content/article/2010/07/30/AR2010073003254.html

Quote: Beck has at times spoken against violence, but he more often forecasts it, warning that "it is only a matter of time before an actual crazy person really does something stupid." Most every broadcast has some violent imagery: "The clock is ticking. . . . The war is just beginning. . . . Shoot me in the head if you try to change our government. . . . You have to be prepared to take rocks to the head. . . . The other side is attacking. . . . There is a coup going on. . . . Grab a torch! . . . Drive a stake through the heart of the bloodsuckers. . . . They are taking you to a place to be slaughtered. . . . They are putting a gun to America's head. . . . Hold these people responsible." Unquote.

**Every ounce of evidence you could possibly need:**

One dead doctor.

Two dead churchgoers.

Seven wounded churchgoers.

Three dead police officers.

Four wounded police officers.

How many more that I couldn't remember while writing this?

Meanwhile the jury is still out on whether Loughner's victims belong on the list of people who "got Becked."

As someone on wrote in a comment about this a few months ago, there was a saying among his buddies in the Air Force: "Once is a tragedy, twice is a terrible coincidence, *three times is enemy action.*"

If you were a media personality known for rants & raves on the air, and it came out that some random killer had possibly been influenced by you or one of your colleagues, what would you do?  Would you apologize?  Would you tone it down?

If it happened again, what would you do?  And if it happened yet again after that?  What would you do?

It takes more than just a special type of sociopath to fail to be moved by the murders of doctors, churchgoers, and police officers in the line of duty, and the could-have-been-murders of more.

*I submit to you that it takes something between callous disregard and deliberate intent.*

**Pulling the trigger by remote control:**

If you wanted certain people dead, but you wanted plausible deniability, you would have someone else do the deed for you at a distance, the greater the distance the better.

One way to do it would be to use your position on radio or TV to hurl emotional rhetoric that is calculated to appeal to people who are psychologically unstable.  Some of them will go out and vote, some will go forth and spread your rant-memes, some will get into bar-room brawls over one issue or another.

But a few, who have already demonstrated a lack of respect for the law, will do more than that.  Maybe they'll assault someone on the street who is black or gay or speaking Spanish in public or wearing ~~traditional Islamic garb.  Maybe they'll make a bomb and put it in the mail or plant it at a women's~~ clinic.

Maybe they'll go out and shoot someone.  Maybe they'll shoot someone who, in your heart of hearts, you want dead.  If you have a list of targets in mind, such as Operation Rescue's website with crosshairs on doctors, or Palin's crosshairs on elected officials, it won't matter who gets killed first and who gets killed later: any hit will do.

This is stochastic terrorism:  you heat up the waters and stir the pot, knowing full well that sooner or later a lone wolf will pop up and do the deed.  The fact that it will happen is as predictable as the fact that a heated pot of water will eventually boil.  But the exact time and place of each incident will remain as random as the appearance of the first bubbles in the boiling pot.

And so the unstable shooter, the sick kid or crazy grownup, will be taken into custody where they will rant a disconnected version of your own rants.  The fact that they are clearly nuts will enable shifting the public discussion away from your hateful rhetoric and toward the overt insanity of the shooter or bomber.

After that, you get to go on the air and tut-tut along with everyone else, and say "Oh So Sad," and all that crap.  But behind the scenes you drink a toast and cheer: one down, a bunch more to go.

Or perhaps you're just crazy enough to truly believe that you really don't have anything to do with it.  You collect your media star paycheck and tootle along to the next day in front of cameras and microphones, ready to do it again, as oblivious as the drunk driver who runs over a flock of schoolchildren and keeps driving, and then when the cops pull him over, says "Who, me??"

**The guilty-knowledge test:**

Someone needs to corral Beck, Hannity, O'Reilly, Savage, and the rest of them, in front of a microphone

and camera that are not of their own choosing.

For example think of Sixty Minutes and their famed unannounced appearances at the offices and even homes of various wrongdoers over the years.  Or think of press conferences or other scheduled appearances, where someone pops up and asks the inconvenient question or two, and the question captures the headlines.

And someone needs to ask them:  *In light of this latest in a series of ideologically-motivated murders, are you willing to tone down your rhetoric even a little?*

Listen very closely to their answers.  They will duck and weave, evade and deny, or at most give the standard reply of "lone nuts, oh so sad."  But they may also let slip a subtle hint of guilty knowledge.

The author of the aforementioned WaPo article says in passing, "It's not fair to blame Beck for violence committed by people who watch his show."

I say it damn well is fair to blame them when it happens again and again and predictably again.

*Once is a tragedy, twice is a coincidence, three times is enemy action.*

And now we know how it's done: stir the pot and wait for the inevitable, and then deny it and do it again.  That's stochastic terrorism as surely as when Bin Laden does it.  And Beck and his fellow hate-mongers are terrorists by remote control.

Posted by G2G at 3:31 AM    35 comments                        G+

Home

Subscribe to: Posts (Atom)

Simple theme. Theme images by gaffera. Powered by Blogger.

**Internet URL:   https://www.dailykos.com/stories/2016/8/10/1558787/-Stochastic-Terrorism**

COMMUNITY                    ACTION



As outlined in this Rolling Stone piece. **Definition:** " Stochastic terrorism...means using language and other forms of communication 'to incite random actors to carry out violent or terrorist acts that are statistically predictable but individually unpredictable.'"

and from the same article:

"1. A public figure with access to the airwaves or pulpit demonizes a person or group of persons.
2. With repetition, the targeted person or group is gradually dehumanized, depicted as loathsome and dangerous—arousing a combustible combination of fear and moral disgust.
3. Violent images and metaphors, jokes about violence, analogies to past 'purges' against reviled groups, use of righteous religious language—all of these typically stop just short of an explicit call to arms.
4. When violence erupts, the public figures who have incited the violence condemn it—claiming no one could possibly have foreseen the 'tragedy.'"

This is a new term for me, but I really love it. It is more precise than 'Hate Speech. " And it both describes the problem while simultaneously dismantling the excuses for the rhetoric used by Trump and his lackeys, the anti-abortion movement, and most of Fox News' prime time lineup. And not coincidentally, also applies to ISIL's efforts which have been so effective in Europe and to a lesser extent here. (Of course, ISIL skips step 4 and the last clause of step 3, opting for explicit terrorism)

Since Stochastic Terrorism draws such such a clear line between ISIL, Trump, and Right Wing eliminationist rhetoric I propose other diarists enter the term into their lexicon. It has such a clarity



7

**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

**TEXT from article**

As outlined in this <u>Rolling Stone piece</u>. Definition: " Stochastic terrorism...means using language and other forms of communication 'to incite random actors to carry out violent or terrorist acts that are statistically predictable but individually unpredictable.'"

and from the same article:

**"1. A public figure with access to the airwaves or pulpit demonizes a person or group of persons.**

**2. With repetition, the targeted person or group is gradually dehumanized, depicted as loathsome and dangerous—arousing a combustible combination of fear and moral disgust.**

**3. Violent images and metaphors, jokes about violence, analogies to past 'purges' against reviled groups, use of righteous religious language—all of these typically stop just short of an explicit call to arms.**

**4. When violence erupts, the public figures who have incited the violence condemn it—claiming no one could possibly have foreseen the 'tragedy.'"**

This is a new term for me, but I really love it. It is more precise than "Hate Speech. " And it both describes the problem while simultaneously dismantling the excuses for the rhetoric used by Trump and his lackeys, the anti-abortion movement, and most of Fox News' prime time lineup. And not coincidentally, also applies to ISIL's efforts which have been so effective in Europe and to a lesser extent here.  (Of course, ISIL skips step 4 and the last clause of step 3, opting for explicit terrorism)

Since Stochastic Terrorism draws such such a clear line between ISIL, Trump, and Right Wing eliminationist rhetoric I propose other diarists enter the term into their lexicon. It has such a clarity in argument.

 Right now, the dynamic is that someone says something outrageous, the left spends paragraphs upon paragraphs excoriating them and explaining why the statement is problematic; the right spends paragraphs and paragraphs obfuscating and confusing the issue, and the MSM grins wanly and says there is a controversy then cuts to commercial.

It would seem to me that one would really only need to say "stochastic terrorism" and  "Gabby Giffords" in the same sentence to get the point across.

[emphasis added]

**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**

**PUBLIC ARTIFACTS SECTION THREE:**  News article concerning JENNY MARIE MOORE

News article of 8/16/2018 of "TRUE PUNDINT" and **THOMAS PAINE**.

**THOMAS PAINE:  Described on pages 11, 12, 31, 32, 33and 40 of Amended Complaint [AC].**





Ads by Revcontent

**Rare Historic Photo is Causing a**
*Living Crunch*

**Nfl Teammates Are Scared to**
*Reportily*

**Giant Movie Bloopers We Just Can't**
*90skidsonly*

**Iconic 'Forrest Gump' Scene**
*90s Kids Only*

**20 Jaw Dropping Female**
*90skidsonly*

FEATURED   POLITICS   SECURITY

# LISTEN: Haunting Final Interview Surfaces of Dead Journalist Jen Moore; Her Chilling Details of Abuse of Alleged Clinton Rape Victim

Posted on August 16, 2018          by Investigative Bureau



Share:

# FOLLOW US!

find us on **facebook**    follow us **twitter**

While friends and admirers mourn the loss of investigative journalist Jen Moore — who was found dead in a suburban D.C. hotel room Monday — a haunting final interview has surfaced where Moore details the Clinton case she was working on at the time of her suspicious death.

Moore, an advocate who investigated abused and trafficked children, had been in the process of investigating allegations by a 26-year-old man that — as a young boy — he was sexually assaulted by Bill Clinton and pimped out at private sex parties attended by other D.C. elites.

Moore, who was often called "Task Force as a nickname," **was interviewed about the Clinton case on July 13th** by YouTube and radio journalist Farmer Jones. One month later, Moore's she was dead, her body found by employees at the Country Inn & Suites by Radisson, Washington, D.C. East – in Capitol Heights, Maryland. The investigation is ongoing. Autopsy results were not available on Wednesday.



⊘ 44,532 Votes

## Do you still support President Trump?

| Yes |
| --- |

| No |
| --- |

| Not sure |
| --- |

Promoted Content

During the Jones interview Moore expressed dismay and frustration that despite her sharing the details with Homeland Security agents in charge of child trafficking investigations, no one had reached out to her to follow up about the details of the alleged victim. Or the alleged suspect.

Moore died of an apparent seizure. Police said the death was not the result of suicide.

Just four weeks before her death, Moore filed details of the alleged victim's claims with the Department of Homeland Security, detailing the allegations against Clinton. Moore contacted Homeland Security beginning on July 6th through July 9th, records show. A week later, she contacted the FBI with identical details about the victim and the shocking allegations against Clinton.

## Brooke Shields Finally Confirms the Travolta Rumors!

*CelebHour*

Read More >                                                        🔥79,414

Ads by Revcontent

FBI sources report no case has been opened on the evidence supplied by Moore. Homeland Security never contacted Moore to follow up after she shared details with the agency.

Perhaps part of Moore's legacy will be the overt illustration that federal agencies in charge of protecting children often turn a blind eye to investigating abuse. Especially if the alleged perpetrator is an elite political figure. This case, broken down, highlights the impossibility of an alleged victim to pierce the veil of agencies like DHS and the FBI to prompt investigation of abuses for sexual assault.

Moore's story confirms a recurring and disturbing David vs Goliath scenario where, in essence, Goliath never even has to show up to fight because the federal system is already set up to protect America's political Goliaths. While the Davids of the world, who muster up the courage to come forward and tell their stories, suffer more at the hands of a lazy and corrupt federal government.

Whether the alleged victim's testimony is true or not about Clinton, those in charge of getting to the bottom of such a case never even cared to lift a finger. Moore's death shines a bright light on a rigged system where the victim of sexual assault — or "survivor" as Moore termed abused children — has virtually no chance for legal retribution and redemption.

And now the whistle blower is dead, which points the public's collective finger back at DHS and FBI. Did these agencies rat out Moore while protecting Clinton? True or not the rampant corruption in both agencies feed such a narrative.

Likewise, even if Moore died of natural causes, the real story here then swaps to why didn't federal agents follow up with her complaints while she was alive. Moore delivered the alleged victim to federal agents on a silver platter. If foul play is ruled out, federal malfeasance is not.

Moore had approached True Pundit's Thomas Paine in June with the allegations against Clinton. Paine conducted a series of face-to-face interviews with Moore and the alleged victim in various locales. By July, the victim agreed to tell his story to Paine. But Moore and the traumatized victim wanted to contact Homeland Security and the FBI first to see if they would open a criminal case against Clinton prior to publicizing the claims.

Moore details the meeting with Paine and the victim during her final interview.

Paine and True Pundit were vetting the details provided by the victim. Paine said the allegations were "credible" and the victim's testimony and details were beyond convincing.

Paine said Moore accepted the risks with the story and understood things could get very ugly very fast. Per conversations with True Pundit's Paine:

According to interviews, the victim in this case claimed he was sexually assaulted by Clinton on a yacht in New England and knows the identities of several other child victims who were subjected to identical abuses. The victim also confirmed he witnessed other children and people being sexually and physically abused and possibly worse on numerous "boat parties." These parties were attended by elite members of D.C. political class, according to Moore and the victim.

Both young boys and young girls, the victim said.

Moore supplied these details to federal agents and documented the interactions with a number of alleged victims. Within a month, she is dead.

In the exchange below, Moore discusses an extended stay with the alleged Clinton victim after his interview with Paine. During the interview, the victim sporadically vomited and shivered as he recalled details of his alleged abuse, Paine said.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PUBLIC ARTIFACTS SECTION FOUR:** Video featuring ROBYN GRITZ

**ROBYN GRITZ:** Described on pages 11, 12, 14, 31, 32, 33, 40. [AC]

Internet URL: https://www.youtube.com/watch?v=kgK_0Ga1Tpg



OAN Sits Down With Former FBI Agent Over Death Of Clinton Investigator



One America News Network

Subscribe   173K

25,092 views

Published on Aug 20, 2018
A veteran journalist, who was investigating possible sex crimes from former President Bill Clinton, is said to have been found dead in Washington.

SHOW MORE



10
**PLAINTIFF'S FIFTH REQUEST FOR JUDICIAL NOTICE [RJN]**