D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| D. GEORGE SWEIGERT | Case No.: 2:18-cv-01633-RMG-BM |
| Plaintiff, | |
| vs. | PRACIPE TO RE-ISSUE SUMMONS |
| JASON GOODMAN | |
| Defendant | |

## PRACIPE TO RE-ISSUE SUMMONS

NOW COMES THE PRO SE plaintiff, a layman non-attorney standing in the shoes of the private attorney doctrine with this public interest lawsuit, to submit this **PRACIPE TO RE-ISSUE SUMMONS**.

Through apparent harmless error and/or excusable neglect the Plaintiff has not come into possession of the Court-issued summons since this instant lawsuit was filed in June, 2018.

As described in the **PLAINTIFF'S SECOND DECLARATION** it appears that the Court-issued summons may have been inadvertently sent to the U.S.D.C. serving the Charleston area.

This request seeks the Clerk's approval to re-issue the summons so that personal service can be accomplished on the Defendant.

Dated this day of August 24, 2018

D. GEORGE SWEIGERT

1

PLAINTIFF'S SECOND DECLARATION

D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

RECEIVED
USDC CLERK, COLUMBIA, SC
2018 AUG 27 AM 11: 03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

Plaintiff,

vs.

JASON GOODMAN

Defendant

Case No.: 2:18-cv-01633-RMG-BM

**CERTIFICATE OF SERVICE**

RECEIVED
USDC CLERK, CHARLESTON, SC
2018 AUG 28 PM 3: 33

**CERTIFICATE OF SERVICE**

On this day, August 24, 2018, I have caused to be placed into the U.S. Postal Service true copies of the attached pleadings (with First Class postage affixed) to the following parties.

**Clerk of the Court
U.S. District Court
Matthew J. Perry, Jr. Courthouse
901 Richland Street
Columbia, South Carolina 29201**

**Jason Goodman
252 7th Avenue #6S
New York, NY 10001**

I hereby attest under the penalties of perjury that the foregoing is true and accurate.

D. GEORGE SWEIGERT

CERTIFICATE OF SERVICE - 1