D. GEORGE SWEIGERT, C/O
GENERAL DELIVERY
MOUNT SHASTA, CALIF 96067

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

D. GEORGE SWEIGERT

    Plaintiff,

vs.

JASON GOODMAN

    Defendant

Case No.: 2:18-cv-01633-RMG-BM

**PLAINTIFF'S SECOND DECLARATION TO SUPPORT PRACIPE TO RE-ISSUE SUMMONS**

## SECOND DECLARATION OF PLAINTIFF

NOW COMES THE PRO SE plaintiff, a layman non-attorney standing in the shoes of the private attorney doctrine with this public interest lawsuit, to submit this **DECLARATION** in **SUPPORT OF PRACIPE TO RE-ISSUE SUMMONS** regarding events related to the failure of a third party paperwork facilitator to obtain a court-issued summons. This declaration is submitted to support the request for a re-issued court summons.

The below facts are hereby attested to be true and the undersigned swears that the following statements are made under the penalties of perjury.

- I relied upon a non-attorney layman who is a resident of South Carolina to file the initial lawsuit paperwork and documents with the Clerk of the U.S.D.C. serving the Columbia area.

- The person relied upon by me personally visited the U.S.D.C. serving the Columbia area and docketed this instant lawsuit.

- This third party states and is convinced that the Clerk of the Court did not return a stamped Court-issued summons and a stamped copy of the complaint to be provided to the defendant.

1

PLAINTIFF'S SECOND DECLARATION

- The third-party person relied upon requested copies of the Court-issued summons and complaint and was allegedly told by the Clerk on-duty that these documents had to be sent to Charleston for official docketing and stamping by the Clerk in Charleston.
- Diligent inquires have been made to locate these documents and those inquiries have proven to be unsuccessful.

I hereby attest, under penalties of perjury, that the above statements are true to the best of my memory and understanding.

Dated this day of August 24, 2018

_____
D. GEORGE SWEIGERT

2

PLAINTIFF'S SECOND DECLARATION