**PUBLIC ARTIFACT NUMBER ONE:**

https://www.youtube.com/watch?v=1sRZ4sZjLfk







3

PLAINTIFF'S SEVENTH REQUEST FOR JUDICIAL NOTICE [7RJN]

Below is an accurate rendition of the audio portion of this video production:

01:17: POLICE OFFICER. I am sorry what is your name again?

01:19: GOODMAN. My name is Jason Goodman.

01;20: P/O. How are you related to the deceasdant?

01:22: GOODMAN. Well, I am not related directly. But, there's a guy by the name of George Sweigert [listed as wrong-doer in Amended Complaint, **AC Dkt. 5, 06/29/2018**] who was her close associate who was in the same hotel where she was found [Jenny Marie Moore listed as wrong-doer under name "TASK FORCE" in AC].

01:33: GOODMAN. George Sweigert is a guy who I used to work very closely with who I suspect has motives that are different than what he publicly presents. [P/O: "uh huh"]. George Sweigert's brother [Plaintiff] has been ..uh.. very aggressively harassing me and I believe is coordinating a group of individuals to harass me and I have evidence to support that belief.

02:01: GOODMAN. And the latest thing George Sweigert's brother [Plaintiff] has been doing is he has brought federal civil suit against me and the allegations in that suit .. now .. include accusations that I am somehow related to what "they" are characterizing as the murder of Jenny Moore.

03:03: GOODMAN. And then a month later turn up dead and that very day the brother of the guy , who I would presume is a person of interest if this is a homicide investigation , the brother of that guy …

03:16: P/O. Uh.. umm .. it's not a homicide investigation.

PLAINTIFF'S SEVENTH REQUEST FOR JUDICIAL NOTICE [7RJN]

**PUBLIC ARTIFACT NUMBER TWO:**

Internet URL: https://law.justia.com/codes/maryland/2010/criminal-law/title-9/subtitle-5/9-501

JUSTIA US Law                                                                Search

Find a Lawyer    Ask a Lawyer    Research the Law    Law Schools    Laws & Regs    Newsletters    Legal Marketing

Justia › US Law › US Codes and Statutes › Maryland Code › 2010 Maryland Code › CRIMINAL LAW › TITLE 9 - CRIMES AGAINST PUBLIC ADM Section 9-501 - False statement - To law enforcement officer.

View the 2017 Maryland Code | View Previous Versions of the Maryland Code

## 2010 Maryland Code
## CRIMINAL LAW
## TITLE 9 - CRIMES AGAINST PUBLIC ADMINISTRATION
## Subtitle 5 - False Statements
## Section 9-501 - False statement - To law enforcement officer.

§ 9-501. False statement - To law enforcement officer.

(a) Prohibited.- A person may not make, or cause to be made, a statement, report, or complaint that the person knows to be false as a whole or in material part, to a law enforcement officer of the State, of a county, municipal corporation, or other political subdivision of the State, or of the Maryland-National Capital Park and Planning Police with intent to deceive and to cause an investigation or other action to be taken as a result of the statement, report, or complaint.

(b) Penalty.- A person who violates this section is guilty of a misdemeanor and on conviction is subject to imprisonment not exceeding 6 months or a fine not exceeding $500 or both.

[An. Code 1957, art. 27, § 150(a), (c); 2002, ch. 26, § 2.]



Right now, the official U.S. time is:
**09:38:38 a.m**
Wednesday, August 29, 2018
Pacific Time(DST)

# 2010 Maryland Code
# CRIMINAL LAW
# TITLE 9 - CRIMES AGAINST PUBLIC ADMINISTRATION
# Subtitle 5 - False Statements
# Section 9-501 - False statement - To law enforcement officer.

**§ 9-501. False statement - To law enforcement officer.**

(a) Prohibited.- A person may not make, or cause to be made, a statement, report, or complaint that the person knows to be false as a whole or in material part, to a law enforcement officer of the State, of a county, municipal corporation, or other political subdivision of the State, or of the Maryland-National Capital Park and Planning Police with intent to deceive and to cause an investigation or other action to be taken as a result of the statement, report, or complaint.

(b) Penalty.- A person who violates this section is guilty of a misdemeanor and on conviction is subject to imprisonment not exceeding 6 months or a fine not exceeding $500 or both.

[An. Code 1957, art. 27, § 150(a), (c); 2002, ch. 26, § 2.]

PLAINTIFF'S SEVENTH REQUEST FOR JUDICIAL NOTICE [7RJN]

PUBLIC ARTIFACT NUMBER THREE: YouTube interview of Jason Goodman and "TRUE PUNDIT"

Internet URL: https://www.youtube.com/watch?v=jeVd9nQqX5c





7

PLAINTIFF'S SEVENTH REQUEST FOR JUDICIAL NOTICE [7RJN]

**PUBLIC ARTIFACT NUMBER FOUR:**

Internet URL:

https://www.buzzfeednews.com/article/craigsilverman/revealed-notorious-pro-trump-misinformation-site-true



**NEWS**

# Revealed: Notorious Pro-Trump Misinformation Site True Pundit Is Run By An Ex-Journalist With A Grudge Against The FBI

How award-winning former journalist Michael D. Moore came to run a site filled with false reports and conspiracies.



Craig Silverman
BuzzFeed News Reporter



8

PLAINTIFF'S SEVENTH REQUEST FOR JUDICIAL NOTICE [7RJN]

# BuzzFeed News
**REPORTING TO YOU**

| TRENDING | Catholic Orphanage Scandal | John McCain |

*Woody Harrington for BuzzFeed News*

NEWS

# Revealed: Notorious Pro-Trump Misinformation Site True Pundit Is Run By An Ex-

# Journalist With A Grudge Against The FBI

How former-award-winning journalist Michael D Moore came to run a site filled with false reports and conspiracies.


**Craig Silverman**
BuzzFeed News
Reporter

Posted on August 27, 2018, at 2:57 p.m. ET

**Days after former** FBI lawyer Lisa Page testified in a closed-door meeting with the House Oversight and Government Reform and House Judiciary committees, pro-Trump website True Pundit published an explosive — and false — report about what she said.

The article cited anonymous "well-placed FBI sources" to claim Page revealed that Chinese hackers had accessed Hillary Clinton's private server, stolen her emails, intercepted hundreds of top-secret documents including even the president's daily schedule — and that the FBI knew about it and did nothing.

In response, Page's lawyer spoke publicly to say the story was unequivocally false. Even Republican Rep. Louie Gohmert — who has pushed the as-yet unproven claim that a foreign power "other than Russia" gained access to Clinton's server — disputed the story about Page. He told Fox News she "apparently didn't know" about anything related to China, directly contradicting True Pundit.

Regardless, the false story generated more than 22,000 shares, reactions, and comments on Facebook, and was a hit on Twitter, where famed Trump supporter Bill Mitchell shared it. (The story was also copied by notorious fake

news peddler YourNewsWire, which generated another 77,000 Facebook engagements.)

The most Twitter engagements for the article were generated by the owner of True Pundit, who uses the handle @Thomas1774Paine and goes by the historical pseudonym Thomas Paine. He shared the link more than 25 times to his close to 200,000 followers, generating thousands of retweets and likes.

"MSM Quiet on This One -- Wonder Why?" Paine tweeted, suggesting big media outlets were covering up his false scoop.

# "True Pundit has carved out a unique niche among the news grifters capitalizing on our conspiracy-laden, deeply polarized information environment."

It was classic Paine: publish a false story that paints the FBI and Hillary Clinton in a bad light, credit the information to anonymous sources, and claim the mainstream media is covering it all up.

Since launching the site in June 2016, Paine and True Pundit have carved out a unique niche among the news grifters capitalizing on our conspiracy-laden, deeply polarized information environment. As New York Magazine noted in a piece debunking two True Pundit stories, Paine is "fluent in the paranoid language of 2016 social media."

Paine combines the use of a pseudonym with almost exclusive use of anonymous sources to establish the persona of a deeply connected reporter with a vast network of FBI, law enforcement, and government sources. As with the

Page story, he adds false or conspiracy-filled claims to real events or documents in order to create the impression of being rooted in fact. And the retweets, traffic, and supporters have rolled in.

True Pundit is frequently cited by other hyperpartisan and conspiracy websites, and its stories are shared by prominent pro-Trump figures such as former White House national security adviser Michael Flynn, actor James Woods, and others.

One of Paine's 2016 stories even led to an email exchange between then–FBI director James Comey and his former deputy, Andrew McCabe, about whether True Pundit really had sources inside the FBI. Paine, of course, seized upon that as evidence that he's as well-sourced as he claims. (He loves to criticize the bureau: The site has used the phrase "Federal Bureau of Incompetence" in the headline of five different stories.)

The question of who's behind True Pundit has itself become the source of wild theories. Viral #resistance tweeter Seth Abramson dedicated an 84-tweet thread to True Pundit and Paine. Abramson argued that True Pundit was being fed information by "a cadre of pro-Trump FBI agents and intel officers — some active, some retired — [who] conspired to swing the election to Trump." (Another Twitter user investigated the account and concluded it's a fake persona concocted by the Trump campaign's social media team.)

More credibly, Zachary Elwood, an author of poker books who also investigates social media accounts, published a detailed investigation of True Pundit at whoistruepundit.com that revealed a litany of details about Paine's identity.

Among the many clues: Paine and his lawyer say he is based in the Philadelphia area; he has talked publicly about covering the 1996 crash of TWA Flight 800 as a newspaper reporter; he used to run a Twitter account called @HockeyIntel before changing his handle to @Thomas1774Paine; and

he once <u>tweeted a photo</u> of what he said is his Gerald Loeb Award, a prestigious business journalism prize.



*Screenshot*

Could Paine really be perhaps the best-sourced reporter in America when it comes to big cases being investigated by the FBI, NYPD, and other agencies? Is he someone federal agents would leak incredibly sensitive information to, at the risk of being fired and/or prosecuted? Or is he using his pseudonym to conceal relevant details about his background that further undermine his many dubious claims?

To get answers, BuzzFeed News investigated Paine and True Pundit's social media accounts, business and court records, and other publicly available information. They reveal that Thomas Paine is in fact Michael D. Moore, 51, a Pennsylvania man with a background in journalism, a criminal record as a result of an FBI investigation, and a long history of shady and illegal business practices.

After being contacted for comment, Moore did not respond and instead published a story on his website confirming BuzzFeed News' reporting.

Just as Paine has publicly stated, Moore won a Loeb Award in 1996 while working for the Record, a New Jersey newspaper. He also authored at least some coverage of TWA Flight 800: A copy of the front page of a New Jersey newspaper from Sept. 12, 1996, features a story with his byline that examined airport security in light of the crash. (To read how BuzzFeed News found Moore, see the section, "Connecting Michael D. Moore to True Pundit and Thomas Paine" at the bottom of this story.)

Paine has also talked publicly about leaving journalism in the late '90s to work in "intelligence." During that same time period, Moore created a company called Dig Dirt that he described as an investigations service. He left his newspaper job to work on it full-time. The company's site is now offline, but as recently as the fall of 2016 it contained language that directly echoes the messaging of True Pundit.

"We subordinate our desire for public recognition and publicity to the ever-growing need for confiendiality [sic] and LOYALTY. Old School," said the Dig Dirt site.

True Pundit's Patreon says it's "creating old school journalism," and the Paine Twitter account constantly refers to things as "old school."

The Patreon's description also says True Pundit offers "investigative intelligence unmatched elsewhere."

Dig Dirt's tagline? "Investigative intelligence."

Moore also has a connection to the FBI that could explain True Pundit's fixation with the agency: he was arrested by federal agents in November 2011 for running two websites that sold pirated hockey DVDs and downloads. Months earlier, FBI agents executed a search warrant on his home and carted off the equipment he used to pirate hockey games and other content.

Moore pleaded guilty to one count of copyright infringement in June 2013. He was sentenced to time served of one day in prison, a year of house arrest, and three years of supervised release. During his release he had to provide monthly income statements and facilitate the "investigation of his financial dealings," according to a sentencing document filed on June 17, 2013.

And so, almost exactly three years later, with probation and its financial disclosure requirements behind him, Moore launched True Pundit.

He didn't waste any time pumping up its credentials. "True Pundit has folks who worked for the FBI and other agencies on staff," claimed one of the site's earliest articles.

Moore's hastily-published admission that he is in fact Thomas Paine made it clear that his case later fed his motivation to start a site that would hit back at the FBI.

"These bastards — and their bosses — were going to pay for violating my family. My kids. My home. One way or the other, I would have the last word," he wrote. "As I have throughout my life and career. And I was going to have to go back into journalism to even the score."

Many would have found it hard to believe that a man who'd been recently been arrested by the bureau, and pleaded guilty, now had former FBI employees on staff at his just-launched website.

But no one knew that True Pundit was the work of Michael D. Moore. Instead, it was Thomas Paine, his Loeb award, and all of his impressive-seeming anonymous sources pumping out frequently false stories to fire up the pro-Trump base.