D. GEORGE SWEIGERT, C/O
P.O. BOX 152
MESA, AZ 85211

RECEIVED USDC
CLERK, CHARLESTON, SC

2019 JAN -3 AM 9: 06

U.S. District Court
District of South Carolina (Charleston)

D George Sweigert

**Plaintiff**

v.

CASE #: 2:18-cv-01633-RMG

Jason Goodman

**Defendant**

## CHANGE OF ADDRESS AND CERTIFICATE OF SERVICE

THE COURT SHALL TAKE NOTICE THAT THE PLAINTIFF HAS CHANGED HIS ADDRESS TO P.O. BOX 152, MESA, AZ. **85211**

I hereby attest that a true copy of this pleading has been sent to the following addressees on the 21st day of December, 2018.

Jason Goodman
252 7th Avenue #6S
New York, NY 10001

Clerk of the Court
U.S. District Court
J. Waties Waring Judicial Center
83 Meeting Street
Charleston, South Carolina 29401

_____/
D. GEORGE SWEIGERT